# MARASHI LEGAL
CIVIL RIGHTS LAW + POLICY

P. JENNY MARASHI, ESQ.
930 Grand Concourse #1E
Bronx, NY 10451
marashi.legal@gmail.com
+1-917-703-1742

<u>Via ECF</u>
Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/27/21

December 20, 2021

The Clerk of Court is respectfully directed to strike Docket Numbers 8, 9, 10, 11, 12 and 13. SO ORDERED.

Re: *Baerga v. City of New York et al 1:21-cv-05762*

Dear Judge Nathan:

    I, P. Jenny Marashi, am representing Mr. Justin Baerga, Plaintiff in the above captioned case. I am writing to you to please request that the First Amended Complaint and its subsequent summons requests and issuance, that was never served but only filed onto ECF in service error (that has been resolved between parties), be fully removed/deleted from the Dockets Numbers 8, 9, 10, 11, 12, and 13. Counsel for the Defendant City, does agree to this letter motion request to have the First Amended Complaint and its accompanying Summonses fully removed/deleted (or "stricken") from the Docket. The accompanying Docket numbers and a brief explanation of the entries are:

SO ORDERED.
[signature: Alison J. Nathan]
12/27/21

<u>Docket Entry #8</u>: 10/01/2021: Filling error and Deficiency notice for First Amended Complaint.
<u>Docket Entry #9</u>: 10/01/2021: DKT #9: Request for Issuance of Summons for FAC for PO Wnorowski and PO Mole.
<u>Docket Entry #10</u>: 10/01/2021: Request for Issuance of Summons for FAC as to City of New York, DeBlasio, and Commissioner Shea.
<u>Docket Entry #11</u>: 10/04/2021: First Amended Complaint.
<u>Docket Entry #12</u>: 10/04/2021: Request for Issuance of Amended Summons as to City of New York, DeBlasio, and Commissioner Shea.
<u>Docket Entry #13</u>: 10/04/2021: Electronic Summons Amended Summons issues at to City of New York, DeBlasio, and Commissioner Shea.

Thank you for your time and attention.

                              Respectfully Submitted-

                              _____/s/_____
                              P. Jenny Marashi
                              Marashi Legal
                              Law Office of Poupa Jenny Marashi
                              930 Grand Concourse #1E
                              (917) 703-1742
                              marashi.legal@gmail.com

*cc: Soo-Young Shin (by ECF)*