UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X

JUSTIN BAERGA; STEVEN GREENE; GIOVANNA SANCHEZ-ESQUIVEL; and SARAH ARVIO, individually and on behalf of all others similarly situated, and COMMUNITY ACCESS, INC.; NATIONAL ALLIANCE ON MENTAL ILLNESS OF NEW YORK CITY, INC.; and CORRECT CRISIS INTERVENTION TODAY NYC;

                              Plaintiffs,

-against-

CITY OF NEW YORK; BILL DE BLASIO; DERMOT F. SHEA; NYPD POLICE OFFICER KRZYSZTOF WNOROWSKI; NYPD POLICE OFFICER SHERON; NYPD POLICE OFFICER MCDOWELL; NYPD POLICE SERGEANT NATHAN MOLE; NYPD POLICE OFFICER MARTIN HABER; NYPD POLICE SERGEANT GBAIN, NYPD POLICE OFFICER VIKRAM PRASAD; NYPD POLICE OFFICER ANDRE DAWKINS; NYPD POLICE OFFICER TYRONE FISHER; NYPD POLICE OFFICER DEVIENDRA RAMAYYA; NYPD POLICE OFFICER JULIAN TORRES; NYPD OFFICER SANCHEZ, and NYPD OFFICERS JOHN and JANE DOES # 1- 40;

                              Defendants.

------------------------------------------------------------------- X

No. 21-cv-05762-AJN

**NOTICE OF APPEARANCE OF *PRO BONO* COUNSEL**

To the Clerk of this Court and all parties of record:

      I enter my appearance as *pro bono* counsel in this case on behalf of Plaintiffs Justin Baerga; Steven Greene; Giovanna Sanchez-Esquivel; and Sarah Arvio, Individually and On Behalf Of All Others Similarly Situated, and Community Access, Inc.; National Alliance On Mental Illness Of New York City, Inc.; and Correct Crisis Intervention Today NYC. I certify that I am admitted to practice in this Court.

Dated: December 29, 2021

/s/ *Richard F. Schwed*
Richard F. Schwed
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Tel: +1.212.848.5445
Email: RSchwed@shearman.com

*Counsel for Plaintiffs*