**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------ X

JUSTIN BAERGA; STEVEN GREENE; GIOVANNA SANCHEZ-ESQUIVEL; and SARAH ARVIO, individually and on behalf of all others similarly situated, and COMMUNITY ACCESS, INC.; NATIONAL ALLIANCE ON MENTAL ILLNESS OF NEW YORK CITY, INC.; and CORRECT CRISIS INTERVENTION TODAY - NYC,

Plaintiffs,

-against-

CITY OF NEW YORK; BILL DE BLASIO; DERMOT F. SHEA; NYPD POLICE OFFICER KRZYSZTOF WNOROWSKI; NYPD POLICE OFFICER SHERON; NYPD POLICE OFFICER MCDOWELL; NYPD POLICE SERGEANT NATHAN MOLE; NYPD POLICE OFFICER MARTIN HABER; NYPD POLICE SERGEANT GBAIN, NYPD POLICE OFFICER VIKRAM PRASAD; NYPD POLICE OFFICER ANDRE DAWKINS; NYPD POLICE OFFICER TYRONE FISHER; NYPD POLICE OFFICER DEVIENDRA RAMA YY A; NYPD POLICE OFFICER JULIAN TORRES; NYPD OFFICER SANCHEZ, and NYPD OFFICERS JOHN and JANE DOES # 1- 40,

Defendants.

Case No.: 21-cv-05762-PAC

------------------------------------------------------------------------ X

## NOTICE OF WITHDRAWAL OF ATTORNEY

PLEASE TAKE NOTICE that Samuel P. Vitello is no longer with the law firm of Shearman and Sterling LLP, and pursuant to the Local Rule 1.4, is hereby withdrawn as counsel for plaintiffs in this action. Other attorneys from Shearman and Sterling LLP have appeared for plaintiffs and, along with Beldock Levine & Hoffman LLP, Marashi Legal, and New York Lawyers For The Public Interest, Inc., will continue to serve as counsel for plaintiffs, and all future correspondence and papers in this action should continue to be directed to them.

Dated: New York, New York
       June 15, 2022

                                        /s/ *Dennis Kitt*
                                        Dennis Kitt
                                        SHEARMAN & STERLING LLP
                                        599 Lexington Avenue
                                        New York, NY 10022-6069
                                        dennis.kitt@shearman.com
                                        (212) 848-4000

                                        *Counsel for Plaintiffs*

SO ORDERED

_____
Hon. Paul A. Crotty
United States District Judge

# <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on June 15, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered users.

/s/ *Dennis Kitt*
Dennis Kitt
