UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

JUSTIN BAERGA; STEVEN GREENE; GIOVANNA SANCHEZ-ESQUIVEL; and SARAH ARVIO, individually and on behalf of all others similarly situated, and COMMUNITY ACCESS, INC.; NATIONAL ALLIANCE ON MENTAL ILLNESS OF NEW YORK CITY, INC.; and CORRECT CRISIS INTERVENTION TODAY - NYC,

                              Plaintiffs,

            -against-

CITY OF NEW YORK; BILL DE BLASIO; DERMOT F. SHEA; NYPD POLICE OFFICER KRZYSZTOF WNOROWSKI; NYPD POLICE OFFICER SHERON; NYPD POLICE OFFICER MCDOWELL; NYPD POLICE SERGEANT NATHAN MOLE; NYPD POLICE OFFICER MARTIN HABER; NYPD POLICE SERGEANT GBAIN, NYPD POLICE OFFICER VIKRAM PRASAD; NYPD POLICE OFFICER ANDRE DAWKINS; NYPD POLICE OFFICER TYRONE FISHER; NYPD POLICE OFFICER DEVIENDRA RAMAYYA; NYPD POLICE OFFICER JULIAN TORRES; NYPD OFFICER SANCHEZ, and NYPD OFFICERS JOHN and JANE DOES # 1-40,

                              Defendants.

------------------------------------------------------------------ X

NOTICE OF SUGGESTION OF DEATH

No. 21-cv-05762 (PAC)

      Plaintiffs suggest upon the record, pursuant to Rule 25(a) of the Federal Rules of Civil Procedure, the death of Justin Baerga, a plaintiff in this action. Upon information and belief, Mr. Baerga died on June 28, 2022.

Dated: New York, New York

November 15, 2022

| | |
|---|---|
| BELDOCK LEVINE & HOFFMAN LLP<br>99 Park Avenue, PH/26th Floor<br>New York, New York 10016<br>(212) 490-0400 | MARASHI LEGAL<br>930 Grand Concourse #1E<br>Bronx, NY 10451<br>(917) 703-1742 |
| By: _____<br>    Jonathan C. Moore<br>    Luna Droubi<br>    Deema Azizi<br>    Jeffrey F. Kinkle | By: /s/_____<br>    P. Jenny Marashi |
| NEW YORK LAWYERS FOR THE<br>PUBLIC INTEREST, INC.<br>151 West 30th Street, 11th Floor<br>New York, New York 10001-4017<br>(212) 244-4664 | SHEARMAN & STERLING LLP<br>599 Lexington Avenue<br>New York, NY 10022-6069<br>(212) 848-4000 |
| By: _____<br>    Marinda van Dalen<br>    Ruth Lowenkron | By: /s/_____<br>    Richard Schwed<br>    Dennis Kitt |