UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
JUSTIN BAERGA; STEVEN GREENE; GIOVANNA SANCHEZ-ESQUIVEL; and SARAH ARVIO, individually and on behalf of all others similarly situated, and COMMUNITY ACCESS, INC.; NATIONAL ALLIANCE ON MENTAL ILLNESS OF NEW YORK CITY, INC.; and CORRECT CRISIS INTERVENTION TODAY - NYC,

          Plaintiffs,

-against-

CITY OF NEW YORK; BILL DE BLASIO; DERMOT F. SHEA; NYPD POLICE OFFICER KRZYSZTOF WNOROWSKI; NYPD POLICE OFFICER SHERON; NYPD POLICE OFFICER MCDOWELL; NYPD POLICE SERGEANT NATHAN MOLE; NYPD POLICE OFFICER MARTIN HABER; NYPD POLICE SERGEANT GBAIN; NYPD POLICE OFFICER VIKRAM PRASAD; NYPD POLICE OFFICER ANDRE DAWKINS; NYPD POLICE OFFICER TYRONE FISHER; NYPD POLICE OFFICER DEVIENDRA RAMAYYA; NYPD POLICE OFFICER JULIAN TORRES; NYPD OFFICER SANCHEZ, and NYPD OFFICERS JOHN and JANE DOES # 1-40,
          Defendants.
-------------------------------------------------------------------- X

No. 21-cv-05762 (PAC)

**Affidavit of Felix Guzman in Support of Plaintiffs' Application for a Temporary Restraining Order and Preliminary Injunction**

Felix Guzman swears to the following under penalty of perjury:

1. I am a member of the Steering Committee of Correct Crisis Intervention Today - NYC ("CCIT-NYC").

2. CCIT-NYC is a membership organization based in New York City.

3. CCIT-NYC conducts its operations in the City, County and State of New York.

4. CCIT-NYC is a coalition of more than 80 civil rights and human service organizations, peers (people with lived mental health experience), family members, and other

1

advocates, all of whom work together with a mission to transform the City's response to mental health crises by providing peer-driven supports to individuals with mental disabilities.

5. Innumerable members of CCIT-NYC have lived experience of mental health crises.

6. Members of CCIT-NYC have been detained by the police as the result of being classified by NYPD officers as "emotionally disturbed persons."

7. CCIT-NYC seeks to improve the mental health resources available to New Yorkers, both to avoid mental health crises and to help deal with the effects of crises after the crises have been de-escalated.

8. CCIT-NYC is governed by a steering committee composed of representatives of its member organizations.

9. The Steering Committee makes strategic decisions for CCIT-NYC and determines how and when CCIT-NYC will expend its resources.

10. Many of CCIT-NYC's members have been harmed by the City of New York's discriminatory and unconstitutional treatment of individuals with mental disabilities.

11. Members of CCIT-NYC, such as Community Access and NAMI-NYC, have diverted significant resources to counteract Defendants' unlawful conduct by documenting and publicizing the unlawful conduct, training their staff to respond to the unlawful conduct, and engaging in extensive policy advocacy to eliminate future unlawful conduct.

12. CCIT-NYC has also suffered in its own right.

13. In an effort to counteract the effects of the City's discriminatory conduct, CCIT-NYC, through the decisions of its steering committee, diverts significant resources to community

organizing and policy advocacy aimed at transforming the City's response to mental health crises and reducing the incidence of violence and trauma caused by police serving as first responders.

14. In response to Defendants' conduct, CCIT-NYC developed a public proposal to remove the NYPD from mental health crisis response, and CCIT-NYC has organized public rallies, panel discussions, and other events to promote reform.

15. CCIT-NYC has also met with elected officials and testified at public hearings to draw attention to police misconduct and advocate for reforms addressing these inappropriate responses to mental health crises.

16. Defendants' conduct has also caused CCIT-NYC to divert a larger portion of its resources to reforming City policy, at the expense of the coalition's broader efforts on the state level, including advocacy for a suicide and mental health crisis hotline, such as 988, expansion of crisis stabilization centers, and funding of regional mobile crisis teams.

17. On or about November 29, 2022, CCIT-NYC's leadership became aware that Mayor Adams announced a new plan to use involuntary detentions to clear unhoused New Yorkers with mental illnesses from the streets and subways.

18. CCIT-NYC has already diverted resources to deal with the Mayor's announcement, by holding internal meetings, contacting its membership organizations and coordinating potential responses, and organizing a rally to take place at City Hall on December 8, 2022.

19. The members of CCIT-NYC and the members of its membership organizations will also be affected by the City's plan.

20. Many members of CCIT-NYC and its membership organizations have mental disabilities that put them in immediate danger of being involuntarily committed under the Mayor's plan, despite the fact that they present no risk of harm to themselves or others.

21. Members of CCIT-NYC and its membership organizations have been detained by the police and forcibly brought to a psychiatric hospital, despite not presenting a risk of serious harm to themselves or others.

22. The City's plan lowers the bar for such detentions, relying merely on whether a police officer believes that an individual appears unable to take care of themselves.

23. Based on my experiences at CCIT-NYC, and my many years of lived experience as a person with a mental disability, police officers rarely have adequate education, experience, and training to make these sorts of judgment calls.

24. Under the City's plan, NYPD officers will undoubtedly end up in situations in which individuals with mental disabilities are discriminated against and unconstitutionally detained, merely because they appear to be mentally ill.

25. From what I have read about the City's plan, many of our members with mental disabilities will risk and fear increased engagement and interference from NYPD officers when they go about their daily lives in New York City.

26. While CCIT-NYC is still learning more details about the City's plan, we will certainly be forced to educate our members about its details and advise them about how they can avoid finding themselves in harm's way.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on: December 7, 2022
              New York, New York

                                                                       Felix Guzman

                                                    Felix Guzman, CCIT-NYC

**Signature:** *[signature: Felix Guzman (Dec 7, 2022 13:57 EST)]*

**Email:** felix.guzman81@gmail.com