*[handwritten notation: "The motion denied. So ordered. /s/ Paul Crotty, USDJ"]*

Re: Motion for leave to file a motion to intervene in <u>Baerga v. City of New York</u>, No. 21-cv-5762-PAC (S.D.N.Y.)

Judge Crotty,

Pursuant to pretextual demands by U.S. District Judge Valerie Caproni in her 9/21/21 order shown after this declaration that she issued in <u>Butler v. City of New York</u>, No. 15-cv-3783 (VEC)(S.D.N.Y.) as First Amendment retaliation and an abuse of process to waste my time, I, Towaki Komatsu, declare under the penalty of perjury on 12/8/22 that I seek leave to file a motion to intervene in this case as an interested party. I seek to do so for the following reasons:

1.     New York City Mayor is criminally encouraging City of New York personnel to be part of a conspiracy with him that is designed to pretextually kidnap people in New York City after I legally mauled its personnel as a result of the dismissal of <u>People v. Komatsu</u>, No. 2017BX048917 (Bronx Crim. Ct. Jan. 23, 2020). <u>Komatsu v. City of New York</u>, No. 20-cv-10942 (VEC)(RWL)(S.D.N.Y. Jun. 17, 2022) was my countersuit about the fact that I prevailed in that malicious prosecution that was triggered by a pretextual designation of me as an emotionally-disturbed person ("EDP) by NYPD criminal Saquoi Harris on a public sidewalk on 12/26/17 after he illegally didn't use his NYPD body-camera to record the fact that he had earlier criminally assaulted, seized, stopped, stalked, and lied about me in a public corridor nearby. That was just 6 days after Bill de Blasio harassed me during a town hall meeting and 12 days after I testified in City Hall against the NYPD's mafia to the useless Vanessa Gibson and Corey Johnson of the New York City Council while journalism in New York City continued to be a myth partly by not covering that 12/14/17 public hearing that was recorded on video. The Second Circuit fraudulently blocked me on 7/19/22 from being able to appeal Judge Caproni's fraudulent and retaliatory dismissal of <u>Komatsu v. City of New York</u>, No. 20-cv-10942. I incorporate my **a)** 5/15/22 filing in that case about which I'm currently preparing a petition for a writ of certiorari that the U.S. Supreme Court isn't obligated to grant irrespective of how meritorious that will be and **b)** 6/2/22 and 11/30/21 filings in <u>Komatsu v. USA</u>, No. 21-cv-1838 (RJD)(RWL)(S.D.N.Y.) by reference as though fully set forth herein.

s_/Towaki Komatsu          802 Fairmount Pl., Apt. 4B          Tel: 347-316-6180
                                         Bronx, NY  10460                    E-mail: Towaki_Komatsu@yahoo.com
*Plaintiff, Pro Se*