Judge
PAS

12/14/2022

ADVOCATE AND FOREMLY HOMELESS ALPHONSO SYVILLE

TO THE HONORABLE JUDGE PAUL CROtty cHambers

CASE# 21-cv-05762

RECEIVED
SDNY PRO SE OFFICE
2022 DEC 16  AM 10:48

Your Honor, Good Morning.

Your Honor, respectfully. This plan is a good plan and I fully support Mayor Adams Plan Your Honor.

Your Honor, I was homeless and inside the Department of Homeless Services Shelter System for 11 years, from 2010-2021.

Six of them years from 2015-2021, I was forced to stay in a mental ill shelter without ever having a mental illness or a diagnosed by any doctor.

So, Your Honor, I know how my mentally ill homeless community think and move around.

Your Honor, I have been advocating for me and my homeless community for the last 8 years, honestly.

A lot of My Mentally Ill Homeless Community do know what they are doing in public as far as yelling and acting out in certain ways and certain areas in NYC to make the Public intimidated and scared of them.

A lot of them don't mean to do harm and they don't Your Honor. They just want that feeling of people fearing them. I don't know why, but they do Your Honor.

See Your Honor, the workers and the staff that work inside the mental health shelters are not scared of my homeless community with a mental illness.
That's why a lot of my homeless community with a mental illness take to the streets and general public with they show.

That's where they feel like they have power and a say so at.

Once My Homeless community with the mental illness, see that they are now being removed off the streets now for acting out the way a lot of them do. A lot of them will stop Your Honor because They don't want to be away.

Sometimes my Homeless Community with the Mental Illness need some Tough Love because you got to show them that you mean business and the way they are acting in the public is unacceptable.
If you want to act like that, then we got a place for you to act like that and get some help.

It's sad to say Your Honor, But It's the truth. Respectfully.

It will be done correctly, which I have no worries about because the NYPD got 24/7 body cameras. Your Honor, a lot of these people that are against Mayor Adams Plan.

Probably, Do not walk the Streets of NYC, do not ride MTA in NYC, and never been homeless nor slept and lived amongst our/my mentally ill NYC homeless community

2 & Spayes

Your honor, the real problem is inside the mental health shelters and the way the shelter providers and staff run and treat us inside the mental health shelter.

The Department of Homeless Service Allow it and that's who's funding these Corrupt Shelter Providers.

The Commissioner Of DSS, Gary Jenkins knows everything bad that's going on inside the mental health shelters because. I told him over breakfast in august of 2022.

He still done nothing all year but gave us 1-hour extra curfew time from 10pm to 11pm. Another hour to terrorize the public.

Your Honor, the only thing The Homeless Administration and Shelter Providers and shelter staff do is push their problems out to the General Public.

If things are really going wrong with the shelter system, the federal government will take over. That's why you don't hear too much happening inside the shelter's your honor. A lot goes on that DHS covers up or just don't report though.

Also, if the shelter providers have a bunch of negative things happening in they shelters WHICH they do, but cover up so the media wont find out and expose them and then.

No more funding For Them.

DHS AND THE SHELTER PROVIDERS AND THE SHELTER STAFF LOOK AT US AS A BUSINESS AND NOT HUMAN BEINGS.

3 of 5 pages

That's why they push they problems on the public Your Honor because first thing DHS and the Shelter Providers could say is,

"IT DID NOT HAPPEN INSIDE THE SHELTERS OR ON THE SHELTERS GROUND. The Funding Continues.


Example Your Honor,

Right now, as we speak. Most Shelter Providers that own Mental Health Shelters, wake and kick they mental Ill Clients out they sleeping quarters from 9am -4pm Monday – Friday including winter time.

They tell 150 of us Your Honor with a mental illness, to go sit in a crowded dayroom from 9am until 4pm or go outside somewhere.

Your Honor, a lot of our mental illness deal with not being in crowded areas that will trigger a lot of our mental illness.

Also, Your Honor, we just took our mental health meds to start the day. But we got the staff yelling at us, telling us to get up and get out at 9am and they rude your honor. They are not even giving our medication time to work Your Honor.


I know this type of action is against our federal rights and laws as far as ADS, Rehabilitation Act, Hiipa Rights, etc.


So, Your Honor, see why my Mentally Ill Homeless community have an attitude and take they frustration out on the public?

Also, Your Honor, see why My Mental Ill Homeless Community takes to the streets instead of the mental Health shelter's.

4 of 5 pages

Your Honor, there are ones that really do need to be removed involuntarily, They Need the Help Your Honor.
I'm always on the grounds and on the subways and I would remove some of them involuntary.

With this move by the mayor and if it's done by the law, it will make my mentally ill homeless community, stop acting up in public.

Also get the ones that need help but in denial, the help they need.

Coming from an advocate who was forced to develop a slight mental illness. (SEE ATTACH # 1 AND #2).

P.S.

I have numerous civil complaints in federal court now.
I'm NO Serial Litigant like district Judge Paul G, Gaedephe called and labeled me.
I'm just a advocate that knows we need the federal government's help to make a positive difference in our homeless community Fight.

I have 2 recent news articles I was in.
Also, I was on NEWSMAX about 2 weeks ago, talking about this same topic.
You could google my name, and everything would pop up, if you chose.

Thank you and Respectfully

AlpHonso Spille
A. Sill

5 of 5pages



# PROJECT RENEWAL

Renewing lives. Reclaiming hope.

**Patient: Alphonso Syville**
**DOB: 9/27/74**

To Whom It May Concern,

Mr. Alphonso Syville has been diagnosed with Post Traumatic Stress Disorder, Panic Disorder, Agoraphobia, and an Other Specified Anxiety Disorder (Generalized Anxiety) which is being treated with Zoloft 50mg once a day in the morning; please feel free to contact me with any further questions/concerns.

| | | |
|---|---|---|
| Alexandria Dougherty, NPP | 401443 | 4/5/17 |
| Psychiatric Provider | lic # | Date |

Office Phone: 212-533-8400 Ext. 230 (M/W/Th)

Attach #2

1 of 1

## To All MY Unhoused Clients inside the Shelters,

MY Name is Alphonso Syville. When I was in the shelters they called me Dred.
Some of y'all might know me and some of y'all dont.
I was in the NYC Shelter system for 11 years straight from 2010-2021.
I don't want to see none of y'all have to go through what I went through.

Yall have to organize on the inside...
I'm on the outside fighting for your rights and they aren't trying to give y'all nothing, but y'all still can get it..
ORGANIZE! Don't worry about trying to organize everybody.. 5, 10, 15 reliable people is good.



F.Y.I, Those that's on the FRONTLINE organizing and advocating are the ones who are going to get their apartment faster. I'm telling yall now.. THERE ARE NOT A LOT OF APRTMENTS OUT HERE FOR EVERYBODY.  So they might as well Fix the Treatment and Conditions inside of the Shelters..

So if you are living in unsanitary conditions, don't get adequte food, your belongings have been stolen, receiving mail late, being refused a bed, illegal administrative transfers or are experiencing abuse verbally and physically by staff at your shelter....

## CONTACT ME!

### 646-527-0385

**send pictures and videos of all abusive treatment and bad conditions, shelter name, staff names to:**

### Sohoodent27@aol.com

Together we can get some people housed and we can make some positive changes in the shelters!

I'm talking To those who want to HELP THEMSELVES. From one Unhoused person to another Respectfully.

