# BELDOCK LEVINE & HOFFMAN LLP
## 99 PARK AVENUE, PH/26TH FLOOR
### NEW YORK, N.Y. 10016

CYNTHIA ROLLINGS
JONATHAN MOORE
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MARC A. CANNAN
DAVID B. RANKIN
LUNA DROUBI
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

COUNSEL
BRUCE E. TRAUNER
PETER S. MATORIN
KAREN L. DIPPOLD
JEFFREY A. GREENBERG
MARJORY D. FIELDS
EMILY JANE GOODMAN
 (JUSTICE, NYS SUPREME COURT, RET.)
FRANK HANDELMAN

REF:
848800.00001
WRITER'S DIRECT DIAL:
212-277-5875

April 3, 2023

**VIA ECF**

The Hon. Paul A. Crotty
U.S. District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *Baerga, et al. v. City of New York, et al.*, No. 21-cv-5762-PAC (S.D.N.Y.)

Dear Judge Crotty:

We represent Plaintiffs in the above-referenced action. At the parties' conference with the Court on February 23, 2023, the Court ordered Plaintiffs to provided Defendants with their proposed second amended complaint by March 16, 2023. Plaintiffs provided Defendants with the proposed complaint on that date.

Plaintiffs' second amended complaint adds facts and claims related to the involuntary removal policy announced by New York City Mayor Eric Adams on November 29, 2022 (the "Involuntary Removal Policy"); two individual plaintiffs who were detained and involuntarily transported to hospitals for psychiatric evaluation by New York City Police Department ("NYPD") officers following the policy's announcement, as well as one individual plaintiff who has been detained and involuntarily transported on several occasions before the policy's announcement; and

BELDOCK LEVINE & HOFFMAN LLP

The Hon. Paul A. Crotty
April 3, 2023
Page 2

a new organizational plaintiff that both has members who have been detained and has itself been negatively impacted by the Involuntary Removal Policy. Plaintiffs have also amended the definition of the putative class to consist of individuals who, because of their mental disability or perceived mental disability, have been, could have been, or will be seized, detained, and/or subjected to force in interactions with NYPD officers pursuant to NYPD Patrol Guide Procedure No. 221-13 *and/or the Involuntary Removal Policy*, *and/*or its equivalent, and/or denied the appropriate response to mental health crises. *See* Dkt. No. 21 at 48 (amended language in italics).

Defendants informed Plaintiffs that they would tell Plaintiffs whether they would consent to Plaintiffs filing a second amendment complaint by March 31, 2023. On March 30, 2023, Defendants informed Plaintiffs that they would provide their position to Plaintiffs by April 3, 2023. On that date, Defendants informed Plaintiffs that, so long as Plaintiffs make clear that plaintiff Baerga is no longer a plaintiff and that the allegations regarding his claim are removed, they do not object to Plaintiffs' amendment. Defendants reserve all defenses and indicate they intend to move to dismiss the new complaint.

Plaintiffs agree to make this revision and will share the revised second amended complaint with Defendants this week. We intend to file the second amended complaint by April 14, 2023.

We appreciate the Court's time and attention to this matter.

Respectfully Submitted,

Luna Droubi

BELDOCK LEVINE & HOFFMAN LLP

The Hon. Paul A. Crotty
April 3, 2023
Page 3

| | |
|---|---|
| Jonathan C. Moore | Jenny Marashi |
| Luna Droubi | Marashi Legal |
| Deema Azizi | 930 Grand Concourse, #1E |
| Jeffrey F. Kinkle | Bronx, New York 10451 |
| Beldock Levine & Hoffman LLP | marashi.legal@gmail.com |
| 99 Park Avenue PH/26th Floor | Telephone: (917) 703-1742 |
| New York, New York 10016 | Fax : 718-585-3400 |
| jmoore@blhny.com | |
| ldroubi@blhny.com | |
| dazizi@blhny.com | |
| jkinkle@blhny.com | |
| Telephone: (212) 277-5874 | |
| Fax: (212) 277-5880 | |
| | |
| Marinda van Dalen | Richard Schwed |
| Ruth Lowenkron | Dennis Kitt |
| New York Lawyers for the Public Interest | Shearman & Sterling LLP |
| 151 West 30th Street, 11th Floor | 599 Lexington Avenue |
| New York, New York, 10001-4017 | New York, New York, 10022-606 |
| mvandalen@nylpi.org | rschwed@shearman.com |
| rlowenkron@nylpi.org | dennis.kitt@shearman.com |
| Telephone: (212) 244-4664 | Telephone: (212) 848-4000 |
| Fax:  (212) 244-4570 | Fax: (212) 848-7179 |

cc:  All Counsel of Record (via ECF)