UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X

STEVEN GREENE; GIOVANNA SANCHEZ-ESQUIVEL; SARAH ARVIO; LISA COLLINS; ORITSEWEYIMI OMOANUKHE AYU; and NEIL AMITABH, individually and on behalf of all others similarly situated, and COMMUNITY ACCESS, INC.; NATIONAL ALLIANCE ON MENTAL ILLNESS OF NEW YORK CITY, INC.; CORRECT CRISIS INTERVENTION TODAY – NYC; and VOICES OF COMMUNITY ACTIVISTS AND LEADERS NEW YORK,

                        Plaintiffs,

-against-

CITY OF NEW YORK; ERIC ADAMS; BILL DE BLASIO; KEECHANT L. SEWELL; DERMOT F. SHEA; NYPD POLICE OFFICER MARTIN HABER; NYPD POLICE SERGEANT GBAIN, NYPD POLICE OFFICER VIKRAM PRASAD; NYPD POLICE OFFICER ANDRE DAWKINS; NYPD POLICE OFFICER TYRONE FISHER; NYPD POLICE OFFICER DEVIENDRA RAMAYYA; NYPD POLICE OFFICER JULIAN TORRES; NYPD OFFICER SANCHEZ; NYPD OFFICER MARRONE; and NYPD OFFICERS JOHN and JANE DOES # 1-40,

                        Defendants.

---------------------------------------------------------------------- X

No. 21-cv-05762 (PAC)

**STIPULATION REGARDING FILING OF SECOND AMENDED CLASS ACTION COMPLAINT**

Fed. R. Civ. P. Rule 15(a)(2) allows a party to amend its pleading with the opposing party's written consent.

1. Defendants consent to the plaintiffs filing the Second Amended Complaint appended hereto as Exhibit A.

2. Notwithstanding this consent, defendants reserve all defenses and responses to the Second Amended Complaint and the claims set forth therein.

3. Defendants do not waive service of the Second Amended Complaint as to any added defendants.

4. The parties agree that the defendants shall respond to the Second Amended Complaint by motion under Fed. R. Civ. P. 12(b), and that such motion shall not be due any earlier than May 19, 2023, to the extent that any response would otherwise be due before that date under the Federal Rules of Civil Procedure.

Dated: New York, New York
April 19, 2023

**For Plaintiffs:**

BELDOCK LEVINE & HOFFMAN LLP
99 Park Avenue, PH/26th Floor
New York, New York 10016
(212) 490-0400

By: _____
    Jonathan C. Moore
    Luna Droubi
    Jeffrey F. Kinkle
    Deema Azizi

MARASHI LEGAL
930 Grand Concourse #1E
Bronx, NY 10451
(917) 703-1742

By: _____
    P. Jenny Marashi

NEW YORK LAWYERS FOR THE
PUBLIC INTEREST, INC.
151 West 30th Street, 11th Floor
New York, New York 10001-4017
(212) 244-4664

By: _____
    Marinda van Dalen (*pro hac vice*)
    Ruth Lowenkron

SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022-6069
(212) 848-4000

By: /s/ Richard Schwed
    Richard Schwed
    Dennis Kitt
    Zhaohua Huang

**For Defendants:**

    HON. SYLVIA O. HINDS-RADIX
    Corporation Counsel of the City of New York
    100 Church Street, Rm. 377
    New York, New York 10007
    (212) 356-2344

    By: _____*Alan H. Scheiner*/s/_____
    Alan H. Scheiner
    Senior Counsel