# BELDOCK LEVINE & HOFFMAN LLP
## 99 PARK AVENUE, PH/26TH FLOOR
### NEW YORK, N.Y. 10016

CYNTHIA ROLLINGS
JONATHAN MOORE
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MARC A. CANNAN
DAVID B. RANKIN
LUNA DROUBI
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

COUNSEL
BRUCE E. TRAUNER
PETER S. MATORIN
KAREN L. DIPPOLD
JEFFREY A. GREENBERG
MARJORY D. FIELDS
EMILY JANE GOODMAN
(JUSTICE, NYS SUPREME COURT, RET.)
FRANK HANDELMAN

REF:
848800.00001

WRITER'S DIRECT DIAL:
212-277-5875

May 26, 2023

**VIA ECF**

5/30/2023
The proposed revised schedule is adopted. SO ORDERED.

*/s/ Paul A. Crotty*

The Hon. Paul A. Crotty
U.S. District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Baerga, et al. v. City of New York, et al.*, No. 21-cv-5762-PAC (S.D.N.Y.)

Dear Judge Crotty:

We represent Plaintiffs in the above-referenced action. We write, with Defendants' consent, to propose a revised briefing schedule for Defendants' Motion to Dismiss. The dates have been amended to accommodate both parties' schedules.

| | |
|---|---|
| Defendants' Motion to Dismiss: | June 5, 2023 |
| Plaintiffs' Opposition: | July 17, 2023 |
| Defendants' Reply, if any: | August 14, 2023 |

This is the parties' first request for a revised briefing schedule for Defendants' Motion to Dismiss. The previous dates were keyed off the service of the amended complaint and summons on Officer Marrone. Defendants' motion papers are due 31 days after Officer Marrone's service, which was effectuated on May 5, 2023. As such Defendants' Motion to Dismiss is due on June 5,

2023; Plaintiffs' Opposition is currently due 30 days later, on July 5, 2023; and Defendants' Reply is due 28 days later, on August 2, 2023.

Thank you for your continued attention to this matter.

Respectfully Submitted,

_____
Luna Droubi

Jonathan C. Moore
Luna Droubi
Jeffrey F. Kinkle
Beldock Levine & Hoffman LLP
99 Park Avenue PH/26th Floor
New York, New York 10016
jmoore@blhny.com
ldroubi@blhny.com
jkinkle@blhny.com
Telephone: (212) 277-5874
Fax: (212) 277-5880

Jenny Marashi
Marashi Legal
930 Grand Concourse, #1E
Bronx, New York 10451
marashi.legal@gmail.com
Telephone: (917) 703-1742
Fax : 718-585-3400

Marinda van Dalen
Ruth Lowenkron
New York Lawyers for the Public Interest
151 West 30th Street, 11th Floor
New York, New York, 10001-4017
mvandalen@nylpi.org
rlowenkron@nylpi.org
Telephone: (212) 244-4664
Fax: (212) 244-4570

Richard Schwed
Dennis Kitt
Zhaohua Huang
Shearman & Sterling LLP
599 Lexington Avenue
New York, New York, 10022-606
rschwed@shearman.com
dennis.kitt@shearman.com
zhaohua.huang@shearman.com
Telephone: (212) 848-4000
Fax: (212) 848-7179

cc: All Counsel of Record (via ECF)