UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------------x

STEVEN GREENE; GIOVANNA SANCHEZ-ESQUIVEL; SARAH ARVIO; LISA COLLINS; ORITSEWEYIMI OMOANUKHE AYU; and NEIL AMITABH, individually and on behalf of all others similarly situated, and COMMUNITY ACCESS, INC.; NATIONAL ALLIANCE ON MENTAL ILLNESS OF NEW YORK CITY, INC.; CORRECT CRISIS INTERVENTION TODAY – NYC; and VOICES OF COMMUNITY ACTIVISTS AND LEADERS NEW YORK,

                                                          Plaintiffs,

- against -

CITY OF NEW YORK; ERIC ADAMS; BILL DE BLASIO; KEECHANT L. SEWELL; DERMOT F. SHEA; NYPD POLICE OFFICER MARTIN HABER; NYPD POLICE SERGEANT CARRKU GBAIN, NYPD POLICE OFFICER VIKRAM PRASAD; NYPD POLICE OFFICER ANDRE DAWKINS; NYPD POLICE OFFICER TYRONE FISHER; NYPD POLICE OFFICER DEVIENDRA RAMAYYA; NYPD POLICE OFFICER JULIAN TORRES; NYPD OFFICER APRIL SANCHEZ; NYPD OFFICER GABRIELE MORRONE; and NYPD OFFICERS JOHN and JANE DOES # 1-40,

                                                          Defendants.

---------------------------------------------------------------------------------x

**NOTICE OF MOTION**

21 Civ. 5762 (PAC)

       **PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law; and upon all prior pleadings and proceedings had herein, defendants City of New York, Eric Adams, Bill de Blasio, Keechant L. Sewell, Dermot F. Shea, P.O. Martin Haber, P.O. Carrku Gbain, P.O. Vikram Prasad, P.O. Andre Dawkins, P.O. Tyrone Fisher, P.O. Devindra Ramayya, P.O. Julian Torres, P.O. April Sanchez, and P.O. Gabriele Morrone will move this Court before the Honorable Paul A. Crotty, United States District Judge, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York 10007, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for a decision and order dismissing certain

claims in the second amended complaint, and for such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that plaintiffs' opposition is due on or before July 17, 2023, and defendants' reply, if any, is due on or before August 14, 2023.

Dated: New York, New York
June 16, 2023

        HON. SYLVIA O. HINDS-RADIX
Corporation Counsel of the City of New York
*Attorney for Defendants City, Adams, de Blasio, Sewell, Shea, Haber, Gbain, Prasad, Dawkins, Fisher, Ramayya, Torres, Sanchez, and Morrone*
100 Church Street, Rm. 377
New York, New York 10007
(212) 356-2344

By:     *Alan H. Scheiner* /s/
       Alan H. Scheiner
       *Senior Counsel*
       Special Federal Litigation Division

cc:  All Counsel (via ECF)