**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------X

STEVEN GREENE, *et. al.*,

                         Plaintiffs,

     - against -

CITY OF NEW YORK, *et al.*,

                         Defendants.

--------------------------------------------------------------------X

**NOTICE OF MOTION TO WITHDRAWAL AS COUNSEL**

21-CV-05762 (PAC)

       **PLEASE TAKE NOTICE** that, pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Jeffrey F. Kinkle, request the withdrawal of my appearance as counsel for Plaintiffs, and further request removal from the Court's electronic filing notification system for this action. After December 15, 2023, I will no longer be employed by Beldock Levine & Hoffman LLP. Beldock Levine & Hoffman LLP will remain among counsel of record for the Plaintiffs in this action.

Dated: New York, New York
       December 15, 2023

                         By: /s/ Jeffrey F. Kinkle
                             Jeffrey F. Kinkle

                         BELDOCK LEVINE & HOFFMAN LLP
                         99 Park Avenue, PH/26th Floor
                         New York, New York 10016
                         P: 212-277-5883
                         E: jkinkle@blhny.com