**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| STEVEN GREENE, GIOVANNA SANCHEZ-ESQUIVEL; SARAH ARVIO; LISA COLLINS; ORITSEWEYIMI OMOANUKHE AYU; and NEIL AMITABH, individually and on behalf of all others similarly situated, and COMMUNITY ACCESS, INC.; NATIONAL ALLIANCE ON MENTAL ILLNESS OF NEW YORK CITY, INC.; CORRECT CRISIS INTERVENTION TODAY – NYC; and VOICES OF COMMUNITY ACTIVISTS AND LEADERS NEW YORK, | No. 1:21-cv-05762-LAP |
| *Plaintiffs,* <br><br> v. | |
| CITY OF NEW YORK; ERIC ADAMS; BILL DE BLASIO; KEECHANT L. SEWELL; DERMOT F. SHEA; NYPD POLICE OFFICER MARTIN HABER; NYPD POLICE SERGEANT GBAIN, NYPD POLICE OFFICER VIKRAM PRASAD; NYPD POLICE OFFICER ANDRE DAWKINS; NYPD POLICE OFFICER TYRONE FISHER; NYPD POLICE OFFICER DEVIENDRA RAMAYYA; NYPD POLICE OFFICER JULIAN TORRES; NYPD OFFICER SANCHEZ; NYPD OFFICER MARRONE; and NYPD OFFICERS JOHN and JANE DOES # 1-40, | |
| *Defendants.* | |

**MOTION TO WITHDRAW AS COUNSEL**

PLEASE TAKE NOTICE that Dennis Kitt hereby moves this Court, pursuant to Local Civil Rule 1.4, to withdraw as counsel for plaintiffs in the above-captioned action. As of April 8, 2024, undersigned counsel will be taking a leave of absence. The plaintiffs will continue to be represented by counsel of record at Shearman & Sterling LLP, along with Beldock Levine & Hoffman LLP, Marashi Legal, and New York Lawyers For The Public Interest, Inc. Undersigned counsel also respectfully requests to be removed from the Electronic

Case Filing notification list in the above-captioned action.

Dated: New York, New York
        April 4, 2024

Respectfully submitted,

*/s/        Dennis Kitt*
Dennis Kitt
SHEARMAN & STERLING LLP
599 Lexington Aveune
New York, New York 10022-6069
Phone:  (212) 848-7462
Fax:  (646) 848-7462
dennis.kitt@shearman.com

*Counsel for Plaintiffs*

2