**SHEARMAN & STERLING LLP**

599 Lexington Avenue
New York, NY 10022-6069
+1.212.848.4000

Zhaohua.Huang@shearman.com
212.848.5141

April 22, 2024

<u>VIA ECF</u>

Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street, Room 2220
New York, New York 10007

Re: <u>Steven Greene, et al. v. City of New York, et al.</u>, No. 21 Civ. 5762-LAP (S.D.N.Y.)

Dear Judge Preska:

We represent Plaintiffs in the above-referenced action. We write, pursuant to Rules 1.A and 1.E of Your Honor's Individual Practices, to respectfully request a thirty-day extension of time for Plaintiffs to file their third amended complaint from April 25, 2024 to May 28, 2024. This extension is requested to provide adequate time to amend the complaint pursuant to Your Honor's Opinion and Order dated March 26, 2024 (Dkt. 191, p. 41). Plaintiffs have conferred with counsel for Defendants, who consents to the extension. Plaintiffs have previously requested an extension on two other occasions, in connection with briefing Defendants' motion to stay discovery and Plaintiffs' motion for expedited discovery, which the Court granted on August 1, 2022 (Dkt. 95) and January 17, 2023 (Dkt. 135), respectively.

SHEARMAN.COM

Shearman & Sterling LLP is a limited liability partnership organized in the United States under the laws of the state of Delaware, which laws limit the personal liability of partners.

Hon. Loretta A. Preska  April 22, 2024
Page 2

      To accommodate this extension which surpasses the current deadline for completion of depositions and might affect other discovery deadlines, the Parties, as noted in their letters to the Court dated April 11 (Dkt. 199) and 18, 2024 (Dkt. 200), are in active discussion concerning a proposed Revised Scheduling Order and will provide the Court with an update on this as discussions progress, or by April 29, 2024 at the latest.

      Thank you for your attention to this matter.

Respectfully submitted,

/s/ Zhaohua Huang
Zhaohua Huang

cc: All Counsel of Record (via ECF)

```
The requested extension is granted.  Plaintiffs shall file
their third amended complaint no later than May 28, 2024.
The parties shall update the Court no later than April 29,
2024 regarding a joint proposed revised scheduling order.
SO ORDERED.

Date:  04/23/2024
```

*[signature: Loretta A. Preska]*

LORETTA A. PRESKA, U.S.D.J.