UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X

STEVEN GREENE; GIOVANNA SANCHEZ-ESQUIVEL; SARAH ARVIO; LISA COLLINS; ORITSEWEYIMI OMOANUKHE AYU; and NEIL AMITABH, individually and on behalf of all others similarly situated, and COMMUNITY ACCESS, INC.; NATIONAL ALLIANCE ON MENTAL ILLNESS OF NEW YORK CITY, INC.; CORRECT CRISIS INTERVENTION TODAY – NYC; and VOICES OF COMMUNITY ACTIVISTS AND LEADERS NEW YORK,

            Plaintiffs,

-against-

CITY OF NEW YORK; ERIC ADAMS; BILL DE BLASIO; EDWARD A. CABAN; KEECHANT L. SEWELL; DERMOT F. SHEA; NYPD POLICE OFFICER MARTIN HABER; NYPD POLICE SERGEANT CARRKU GBAIN, NYPD POLICE OFFICER VIKRAM PRASAD; NYPD POLICE OFFICER ANDRE DAWKINS; NYPD POLICE OFFICER TYRONE FISHER; NYPD POLICE OFFICER DEVIENDRA RAMAYYA; NYPD POLICE OFFICER JULIAN TORRES; NYPD OFFICER APRIL SANCHEZ; NYPD POLICE OFFICER GABRIELE MORRONE; NYPD OFFICER JOHN FERRARA; NYPD POLICE OFFICER MARYCATHERINE NASHLENAS; and NYPD OFFICERS JOHN and JANE DOES # 1-40,

            Defendants.

---------------------------------------------------------------------- X

No. 21-cv-05762 (LAP)

**DECLARATION OF JUSTIN ORMAND IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' SECOND PARTIAL MOTION TO DISMISS AND MOTION TO STRIKE**

  JUSTIN ORMAND, an attorney duly admitted to practice law in the State of New York and in this Court, declares under penalty of perjury:

1.      I am counsel at Allen Overy Shearman Sterling US LLP, one of the attorneys for Plaintiffs, and I am personally aware of the matters set forth in this declaration. I respectfully submit this declaration in support of Plaintiffs' Opposition to Defendants' Second Partial Motion to Dismiss and Motion to Strike.

2.      Attached hereto as **Exhibit A** is a true and correct copy of the Findings and Recommendations filed in *Disability Rts. Oregon v. Washington Cnty.*, No. 24-cv-00235-SB (D. Oregon Aug. 30, 2024) (ECF No. 40).

3.      Attached hereto as **Exhibit B** is a true and correct copy of the Transcript of Status Conference, held on September 10, 2024, in *Bread for the City v. District of Columbia*, No. 23-cv-1945-ACR (D.D.C. Sept. 10, 2024).

4.      Attached hereto as **Exhibit C** is a true and correct copy of the Complaint filed in *Bread for the City v. District of Columbia*, No. 23-cv-1945-ACR (D.D.C. July 6, 2023) (ECF No. 1).

Dated: September 30, 2024
        New York, New York

                                                /s/     Justin Ormand
                                                Justin Ormand