

| MURIEL GOODE-TRUFANT<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | JOHN SCHEMITSCH<br>*Senior Counsel*<br>Tel: (212) 356-3539<br>jschemit@law.nyc.gov |
|---|---|---|

April 11, 2025

**VIA ECF**
Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *Steven Greene, et al. v. City of New York, et al.*, 21 Civ. 5762 (LAP)

Your Honor:

    I am a Senior Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, assigned to represent the defendants in the above-referenced matter. Defendants write to respectfully request an extension of time, from April 15, 2025 until April 18, 2025 for the parties to file their joint letter, pursuant to the Court's order dated March 28, 2025 (ECF No. 260), to address how the parties wish to proceed in light of the Court's decision on defendants' motion to dismiss, including outstanding discovery.

    This request is made in light of a prescheduled vacation for the undersigned's supervisor April 14th through 16th. Plaintiffs consent to this request.

    Defendants thank the Court for its consideration of this matter.

Sincerely,

/s/ *John Schemitsch*
John Schemitsch
*Senior Counsel*
Special Federal Litigation Division

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
4/14/25

cc:   All Counsel (via ECF)