UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

STEVEN GREENE, ET AL.,

                                            Plaintiffs,

(A)  -against-

THE CITY OF NEW YORK, ET AL.,

                                            Defendants.

**ORDER FOLLOWING APRIL 22, 2025 CONFERENCE**

21 Civ. 05762 (LAP)

------------------------------------------------------------------- X

LORETTA A. PRESKA, United States District Judge:

       IT IS HEREBY ORDERED:

1.    Defendants are to produce the agreed upon items in subsection C. of the parties' joint letter (ECF No. 263), filed April 18, 2025, by **May 22, 2025**.

2.    Plaintiff's request in subsection A. (4) of the parties' joint letter (ECF No. 263), filed April 18, 2025, is **denied**.

3.    Plaintiffs' shall amend their complaint to include any additional individually named defendants by **June 6, 2025**.

4.    Defendants will answer or otherwise respond to any subsequently filed amended complaint by **July 9, 2025**.

5.    All fact discovery shall be completed no later than **August 29, 2025**.

6.    The Court's present intention is to conduct a settlement conference to be scheduled following the close of fact discovery.

Dated: New York, New York

       April 25, 2025

| | |
|---|---|
| MARASHI LEGAL<br>*Attorneys for Plaintiff*<br>930 Grand Concourse #1E<br>Bronx, NY 10451 | MURIEL GOODE-TRUFANT<br>Corporation Counsel of the<br>    City of New York<br>*Attorney for Defendants*<br>100 Church Street, 3rd Floor<br>New York, New York 10007 |
| By: ___/s/_____<br>        P. Jenny Marashi | By: ___/s/_____<br>       John Schemitsch<br>       *Senior Counsel* |

SO ORDERED:

*Loretta A. Preska*

Judge Loretta A. Preska
UNITED STATES DISTRICT COURT JUDGE

Dated: April 25, 2025