------------------------------------------------------------------------ X

STEVEN GREENE; GIOVANNA SANCHEZ-ESQUIVEL; SARAH ARVIO; LISA COLLINS; ORITSEWEYIMI OMOANUKHE AYU; and NEIL AMITABH, individually and on behalf of all others similarly situated, and COMMUNITY ACCESS, INC.; NATIONAL ALLIANCE ON MENTAL ILLNESS OF NEW YORK CITY, INC.; CORRECT CRISIS INTERVENTION TODAY - NYC; and VOICES OF COMMUNITY ACTIVISTS AND LEADERS NEW YORK,

Plaintiffs,

-against-

CITY OF NEW YORK; ERIC ADAMS; BILL DEBLASIO; EDWARD A. CABAN; KEECHANT L. SEWELL; DERMOT F. SHEA; NYPD POLICE OFFICER MARTIN HABER; NYPD POLICE SERGEANT CARRKU GBAIN, NYPD POLICE OFFICER VIKRAM PRASAD; NYPD POLICE OFFICER ANDRE DAWKINS; NYPD POLICE OFFICER TYRONE FISHER; NYPD POLICE OFFICER DEVIENDRA RAMAYYA; NYPD POLICE OFFICER JULIAN TORRES; NYPD OFFICER APRIL SANCHEZ; NYPD POLICE OFFICER GABRIELE MORRONE; NYPD OFFICER JOHN FERRARA; NYPD POLICE OFFICER MARYCATHERINE NASHLENAS; and NYPD OFFICERS JOHN and JANE DOES# 1-40,

Defendants.

------------------------------------------------------------------------ X

No. 21-cv-05762 (LAP)

**MOTION TO WITHDRAW**

**PLEASE TAKE NOTICE** that I, the undersigned, Deema Azizi, respectfully seek leave to withdraw as counsel of record for Plaintiffs Steven Greene, Giovanna Sanchez-Esquivel, Sarah Arvio, Community Access, Inc., National Alliance on Mental Illness of New York City, Inc., and Correct Crisis Intervention Today – NYC (and terminated Plaintiff Justin E. Baerga, Justin Baerga). I am seeking leave to withdraw due to departing from my role as an associate with the law firm of Beldock Levine & Hoffman LLP. I am neither retaining nor

charging a lien in this matter. Other attorneys from Beldock Levine & Hoffman LLP continue to be counsel of record in the above-captioned matter.

Dated: July 23, 2025

Respectfully submitted,

By: _____

Deema Azizi, Esq.