UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X

STEVEN GREENE, ET AL.,

Plaintiffs,

- against -

CITY OF NEW YORK, ET AL.,

Defendants.

------------------------------------------------------------------------ X

**AMENDED ANSWER TO
FOURTH AMENDED
COMPLAINT BY
DEFENDANTS**

21-CV-5762 (LAP)

**Jury Trial Demanded**

Defendants City of New York, Eric Adams, Bill DeBlasio, Edward Caban, Keechant L. Sewell, Dermot F. Shea, Martin Haber, Carrku Gbain, Vikram Prasad, Andre Dawkins, Tyrone Fisher, Deviendra Ramayya, Julian Torres, April Sanchez, Gabriele Morrone, John Ferrara, Marycatherine Nashlenas, Michael Devonish, and Phillipe Vukosa by their attorney Muriel Goode-Trufant, Corporation Counsel of the City of New York, for their answer to plaintiffs' Fourth Amended Complaint, filed May 5, 2025, respectfully allege, upon information and belief, as follows:

1. Deny the allegations set forth in paragraph "1" of the Fourth Amended Complaint, except admits plaintiff purports to proceed as stated therein.

2. Deny the allegations set forth in paragraph "2" of the Fourth Amended Complaint.

3. Deny the allegations set forth in paragraph "3" of the Fourth Amended Complaint.

4. Deny the allegations set forth in paragraph "4" of the Fourth Amended Complaint.

5. Deny the allegations set forth in paragraph "5" of the Fourth Amended Complaint.

6. Deny the allegations set forth in paragraph "6" of the Fourth Amended Complaint.

7. Deny the allegations set forth in paragraph "7" of the Fourth Amended Complaint and respectfully refer the Court to the Patrol Guide Section and November 2022 Involuntary Removal Policy cited therein for its content and context.

8. Deny the allegations set forth in paragraph "8" of the Fourth Amended Complaint and respectfully refer the Court to New York State Mental Hygiene Law Section 9.41 cited therein for its content and context.

9. Deny the allegations set forth in paragraph "9" of the Fourth Amended Complaint, except admit that plaintiffs purport to proceed as stated therein.

10. Deny the allegations set forth in paragraph "10" of the Fourth Amended Complaint.

11. Deny the allegations set forth in paragraph "11" of the Fourth Amended Complaint.

12. Deny the allegations set forth in paragraph "12" of the Fourth Amended Complaint.

13. Deny the allegations set forth in paragraph "13" of the Fourth Amended Complaint and respectfully refer the Court to the article cited therein for its content and context.

14. Deny the allegations set forth in paragraph "14" of the Fourth Amended Complaint, except admit plaintiffs purport to proceed as stated therein.

15.    Deny the allegations set forth in paragraph "15" of the Fourth Amended Complaint, except admit plaintiffs purport to seek the relief as stated therein.

16.    Deny the allegations set forth in paragraph "16" of the Fourth Amended Complaint, except admit plaintiffs purport to invoke jurisdiction as stated therein.

17.    Deny the allegations set forth in paragraph "17" of the Fourth Amended Complaint, except admit plaintiffs purport to invoke jurisdiction as stated therein.

18.    Deny the allegations set forth in paragraph "18" of the Fourth Amended Complaint, except admit plaintiffs purport to base venue as stated therein.

19.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "19" of the Fourth Amended Complaint, except to the extent they are conclusions of law, to which no response is required.

20.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "20" of the Fourth Amended Complaint, except to the extent they are conclusions of law, to which no response is required.

21.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "21" of the Fourth Amended Complaint, except to the extent they are conclusions of law, to which no response is required.

22.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "22" of the Fourth Amended Complaint, except to the extent they are conclusions of law, to which no response is required.

23.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "23" of the Fourth Amended Complaint, except to the extent they are conclusions of law, to which no response is required.

24. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "24" of the Fourth Amended Complaint, except to the extent they are conclusions of law, to which no response is required.

25. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "25" of the Fourth Amended Complaint.

26. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "26" of the Fourth Amended Complaint.

27. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "27" of the Fourth Amended Complaint.

28. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "28" of the Fourth Amended Complaint.

29. Deny the allegations set forth in paragraph "29" of the Fourth Amended Complaint, except admit that the City of New York is a municipal corporation organized under the laws of the State of New York, and respectfully refer the Court to the New York City Charter and the Administrative code for a recitation of the relationship between defendant City and the New York City Police Department.

30. Deny the allegations set forth in paragraph "30" of the Fourth Amended Complaint, except admit Eric Adams was and is the May of New York City from January 1, 2022 through present and respectfully refers the Court to the City Charter for a recitation of his duties as Mayor.

31. Deny the allegations set forth in paragraph "31" of the Fourth Amended Complaint, except admit Bill de Blasio was the May of New York City from January 1, 2014

through December 31, 2021 and respectfully refers the Court to the City Charter for a recitation of his duties as Mayor.

32.      Deny the allegations set forth in paragraph "32" of the Fourth Amended Complaint, except admit Edward Caban was the Police Commissioner of the NYPD from July 17, 2023 through September 12, 2024 and respectfully refer the Court to the New York City Charter and the Administrative code for a recitation of the relationship between defendant City and the New York City Police Department.

33.      Deny the allegations set forth in paragraph "33" of the Fourth Amended Complaint, except admit Keechant Sewell was the Police Commissioner of the NYPD from January 1, 2022 through July 17, 2023 and respectfully refer the Court to the New York City Charter and the Administrative code for a recitation of the relationship between defendant City and the New York City Police Department.

34.      Deny the allegations set forth in paragraph "34" of the Fourth Amended Complaint, except admit Edward Caban was the Police Commissioner of the NYPD from July 17, 2023 through September 12, 2024 and respectfully refer the Court to the New York City Charter and the Administrative code for a recitation of the relationship between defendant City and the New York City Police Department.

35.      Deny the allegations set forth in paragraph "35" of the Fourth Amended Complaint, except admit Martin Haber, Carrku Gbain, Vikram Prasad, Andre Dawkins, Tyrone Fisher, Deviendra Ramayya, and Julian Torres are members of the NYPD.

36.      Deny the allegations set forth in paragraph "36" of the Fourth Amended Complaint, except admit Gabriele Morrone and John Ferrara are members of the NYPD.

37.    Deny the allegations set forth in paragraph "37" of the Fourth Amended Complaint, except admit April Sanchez and Marycatherine Nashlenas are members of the NYPD, and deny knowledge or information sufficient to form a belief as to the truth of the allegations that pertain to the unidentified officers.

38.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "38" of the Amended Complaint that pertain to the unidentified officers.

39.    Deny the allegations set forth in paragraph "39" of the Fourth Amended Complaint, except admit Michael Devonish and Phillipe Vukosa are members of the NYPD, and deny knowledge or information sufficient to form a belief as to the truth of the allegations that pertain to the unidentified officers.

40.    Deny the allegations set forth in paragraph "40" of the Fourth Amended Complaint, except to the extent they are conclusions of law, to which no response is required.

41.    Deny the allegations set forth in paragraph "41" of the Fourth Amended Complaint, except admit that a document purporting to be a Notice of Claim was received by the Comptroller's Office.

42.    Deny the allegations set forth in paragraph "42" of the Fourth Amended Complaint, except admit that plaintiff Greene attended a NY GML 50-h hearing on or about August 18, 2020.

43.    Deny the allegations set forth in paragraph "43" of the Fourth Amended Complaint, except admit that, to date, this matter has not been resolved.

44.     Deny the allegations set forth in paragraph "44" of the Fourth Amended Complaint, except admit that a document purporting to be a Notice of Claim was received by the Comptroller's Office.

45.     Deny the allegations set forth in paragraph "45" of the Fourth Amended Complaint, except admit that plaintiff Sanchez-Esquivel attended a NY GML 50-h hearing on or about June 9, 2021.

46.     Deny the allegations set forth in paragraph "46" of the Fourth Amended Complaint, except admit that, to date, this matter has not been resolved.

47.     Deny the allegations set forth in paragraph "47" of the Fourth Amended Complaint, except admit that a document purporting to be a Notice of Claim was received by the Comptroller's Office.

48.     Deny the allegations set forth in paragraph "48" of the Fourth Amended Complaint, except admit that plaintiff Arvio attended a NY GML 50-h hearing on or about December 4, 2020.

49.     Deny the allegations set forth in paragraph "49" of the Fourth Amended Complaint, except admit that to date, this matter has not been resolved.

50.     Deny the allegations set forth in paragraph "50" of the Fourth Amended Complaint, except admit that a document purporting to be a Notice of Claim was received by the Comptroller's Office.

51.     Deny the allegations set forth in paragraph "51" of the Fourth Amended Complaint, except admit that plaintiff Collins attended a NY GML 50-h hearing on or about August 8, 2023.

52.     Deny the allegations set forth in paragraph "52" of the Fourth Amended Complaint, except admit that, to date, this matter has not been resolved.

53.     Deny the allegations set forth in paragraph "53" of the Fourth Amended Complaint, except admit that a document purporting to be a Notice of Claim was received by the Comptroller's Office.

54.     Deny the allegations set forth in paragraph "54" of the Fourth Amended Complaint, except admit that except admit that plaintiff Amitabh attended a NY GML 50-h hearing on or about December 6, 2023.

55.     Deny the allegations set forth in paragraph "55" of the Fourth Amended Complaint, except admit that to date, this matter has not been resolved.

56.     Deny the allegations set forth in paragraph "56" of the Fourth Amended Complaint.[1]

57.     Deny the allegations set forth in paragraph "57" of the Fourth Amended Complaint and respectfully refers the Court to the article cited therein for its content and context.

58.     Deny the allegations set forth in paragraph "58" of the Fourth Amended Complaint and respectfully refers the Court to the articles and case cited therein for their content and context.

59.     Deny the allegations set forth in paragraph "59" of the Fourth Amended Complaint.

---

[1] Where plaintiffs' factual allegations in the Fourth Amended Complaint relate only to claims that have been dismissed by this Court in its March 28, 2025 decision, defendants state that no response is required herein. (ECF 260.)

60.     Deny the allegations set forth in paragraph "60" of the Fourth Amended Complaint and respectfully refers the Court to the case and article cited therein for its content and context.

61.     Deny the allegations set forth in paragraph "61" of the Fourth Amended Complaint and respectfully refers the Court to the report and article cited therein for their content and context.

62.     Deny the allegations set forth in paragraph "62" of the Fourth Amended Complaint.

63.     Deny the allegations set forth in paragraph "63" of the Fourth Amended Complaint and respectfully refers the Court to the report cited therein for its content and context.

64.     Deny the allegations set forth in paragraph "64" of the Fourth Amended Complaint and respectfully refers the Court to the articles and reports cited therein for their content and context.

65.     Deny the allegations set forth in paragraph "65" of the Fourth Amended Complaint.

66.     Deny the allegations set forth in paragraph "66" of the Fourth Amended Complaint.

67.     Deny the allegations set forth in paragraph "67" of the Fourth Amended Complaint and respectfully refer the Court to the website cited therein for its content and context.

68.     Deny the allegations set forth in paragraph "68" of the Fourth Amended Complaint and respectfully refer the Court to the City Charter cited therein for its content and context.

69.     Admit the allegations set forth in paragraph "69" of the Fourth Amended Complaint and respectfully refer the Court to the website cited therein for its content and context.

70.     Deny the allegations set forth in paragraph "70" of the Fourth Amended Complaint and respectfully refer the Court to the article and reports cited therein for their content and context.

71.     Deny the allegations set forth in paragraph "71" of the Fourth Amended Complaint and respectfully refer the Court to the website cited therein for its content and context.

72.     Deny the allegations set forth in paragraph "72" of the Fourth Amended Complaint and respectfully refer the Court to the website cited therein for its content and context.

73.     Deny the allegations set forth in paragraph "73" of the Fourth Amended Complaint , except admit EMS is operated through FDNY.

74.     Deny the allegations set forth in paragraph "74" of the Fourth Amended Complaint and respectfully refer the Court to the website cited therein for its content and context.

75.     Deny the allegations set forth in paragraph "75" of the Fourth Amended Complaint and respectfully refer the Court to the website cited therein for its content and context.

76.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "76" of the Fourth Amended Complaint.

77.     Deny the allegations set forth in paragraph "77" of the Fourth Amended Complaint.

78.     Deny the allegations set forth in paragraph "78" of the Fourth Amended Complaint and respectfully refer the Court to the website cited therein for its content and context.

79.     Deny the allegations set forth in paragraph "79" of the Fourth Amended Complaint and respectfully refer the Court to the website cited therein for its content and context.

80.     Deny the allegations set forth in paragraph "80" of the Fourth Amended Complaint and respectfully refer the Court to the report cited therein for its content and context.

81.     Deny the allegations set forth in paragraph "81" of the Fourth Amended Complaint.

82.     Deny the allegations set forth in paragraph "82" of the Fourth Amended Complaint.

83.     Deny the allegations set forth in paragraph "83" of the Fourth Amended Complaint and respectfully refer the Court to the report cited therein for its content and context.

84.     Deny the allegations set forth in paragraph "84" of the Fourth Amended Complaint and respectfully refer the Court to the lawsuit and brief cited therein for their content and context.

85.     Deny the allegations set forth in paragraph "85" of the Fourth Amended Complaint and respectfully refer the Court to the reports cited therein for their content and context.

86.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "86" of the Fourth Amended Complaint.

87.     Deny the allegations set forth in paragraph "87" of the Fourth Amended Complaint and respectfully refer the Court to the article cited therein for its content and context.

88.     Deny the allegations set forth in paragraph "88" of the Fourth Amended Complaint.

89.     Deny the allegations set forth in paragraph "89" of the Fourth Amended Complaint.

90.     Deny the allegations set forth in paragraph "90" of the Fourth Amended Complaint and respectfully refer the Court to the articles cited therein for their content and context.

91.     Deny the allegations set forth in paragraph "91" of the Fourth Amended Complaint and respectfully refer the Court to the report cited therein for its content and context.

92.     Deny the allegations set forth in paragraph "92" of the Fourth Amended Complaint and respectfully refer the Court to the lawsuits and articles cited therein for their content and context.

93.     Deny knowledge or information sufficient to form a belief as to the truth of the allegation set forth in paragraph "93" of the Fourth Amended Complaint.

94.     Deny knowledge or information sufficient to form a belief as to the truth of the allegation set forth in paragraph "93" of the Fourth Amended Complaint.

95.     Deny the allegations set forth in paragraph "95" of the Fourth Amended Complaint and respectfully refer the Court to the report cited therein for its content and context.

96.     Deny the allegations set forth in paragraph "96" of the Fourth Amended Complaint and respectfully refer the Court to the report cited therein for its content and context.

97.     Deny the allegations set forth in paragraph "97" of the Fourth Amended Complaint and respectfully refer the Court to the document cited therein for its content and context.

98.     Deny the allegations set forth in paragraph "98" of the Fourth Amended Complaint and respectfully refer the Court to the document cited therein for its content and context.

99.     Deny the allegations set forth in paragraph "99" of the Fourth Amended Complaint and respectfully refer the Court to the document cited therein for its content and context.

100.     Deny the allegations set forth in paragraph "100" of the Fourth Amended Complaint.

101.     Deny the allegations set forth in paragraph "101" of the Fourth Amended Complaint and respectfully refer the Court to the reports cited therein for their content and context.

102.    Deny the allegations set forth in paragraph "102" of the Fourth Amended Complaint and respectfully refer the Court to the report cited therein for its content and context.

103.    Deny the allegations set forth in paragraph "103" of the Fourth Amended Complaint and respectfully refer the Court to the report cited therein for its content and context.

104.    Deny the allegations set forth in paragraph "104" of the Fourth Amended Complaint.

105.    Deny the allegations set forth in paragraph "105" of the Fourth Amended Complaint and respectfully refer the Court to the report cited therein for its content and context.

106.    Deny the allegations set forth in paragraph "106" of the Fourth Amended Complaint and respectfully refer the Court to the report cited therein for its content and context.

107.    Deny the allegations set forth in paragraph "107" of the Fourth Amended Complaint and respectfully refer the Court to the report cited therein for its content and context.

108.    Deny the allegations set forth in paragraph "108" of the Fourth Amended Complaint and respectfully refer the Court to the report cited therein for its content and context.

109.    Deny the allegations set forth in paragraph "109" of the Fourth Amended Complaint and respectfully refer the Court to the reports cited therein for their content and context.

110.    Deny the allegations set forth in paragraph "110" of the Fourth Amended Complaint and respectfully refer the Court to the reports cited therein for their content and context.

111.    Deny the allegations set forth in paragraph "111" of the Fourth Amended Complaint and respectfully refer the Court to the report cited therein for its content and context.

112.    Deny the allegations set forth in paragraph "112" of the Fourth Amended Complaint and respectfully refer the Court to the report cited therein for its content and context.

113.    Deny the allegations set forth in paragraph "113" of the Fourth Amended Complaint.

114.    Deny the allegations set forth in paragraph "114" of the Fourth Amended Complaint and respectfully refer the Court to the report cited therein for its content and context.

115.    Deny knowledge or information sufficient to form a belief as to the truth of the allegation set forth in paragraph "115" of the Fourth Amended Complaint.

116.    Deny the allegations set forth in paragraph "116" of the Fourth Amended Complaint.

117.    Deny the allegations set forth in paragraph "117" of the Fourth Amended Complaint and respectfully refer the Court to the action plan cited therein for its content and context.

118.    Deny the allegations set forth in paragraph "118" of the Fourth Amended Complaint and respectfully refer the Court to the report cited therein for its content and context.

119.    Deny knowledge or information sufficient to form a belief as to the truth of the allegation set forth in paragraph "119" of the Fourth Amended Complaint.

120.    Deny knowledge or information sufficient to form a belief as to the truth of the allegation set forth in paragraph "120" of the Fourth Amended Complaint.

121.    Deny the allegations set forth in paragraph "121" of the Fourth Amended Complaint and respectfully refer the Court to the report cited therein for its content and context.

122.    Deny the allegations set forth in paragraph "122" of the Fourth Amended Complaint and respectfully refer the Court to the report cited therein for its content and context.

123.    Deny the allegations set forth in paragraph "123" of the Fourth Amended Complaint and respectfully refer the Court to the report cited therein for its content and context.

124.    Deny the allegations set forth in paragraph "124" of the Fourth Amended Complaint and respectfully refer the Court to the report cited therein for its content and context.

125.    Deny the allegations set forth in paragraph "125" of the Fourth Amended Complaint and respectfully refer the Court to the article cited therein for its content and context.

126.    Deny the allegations set forth in paragraph "126" of the Fourth Amended Complaint and respectfully refer the Court to the article cited therein for its content and context.

127.    Deny the allegations set forth in paragraph "127" of the Fourth Amended Complaint and respectfully refer the Court to the patrol guide section and Involuntary Removal Policy cited therein for their content and context.

128.    Deny the allegations set forth in paragraph "128" of the Fourth Amended Complaint and respectfully refer the Court to the documents cited therein for their content and context.

129.    Deny the allegations set forth in paragraph "129" of the Fourth Amended Complaint and respectfully refer the Court to the patrol guide section cited therein for its content and context.

130.    Deny the allegations set forth in paragraph "130" of the Fourth Amended Complaint and respectfully refer the Court to the patrol guide section cited therein for its content and context.

131.    Deny the allegations set forth in paragraph "131" of the Fourth Amended Complaint, except to the extent they are legal conclusion, to which no response is required, and respectfully refer the Court to the patrol guide section cited therein for its content and context.

132.    Deny the allegations set forth in paragraph "132" of the Fourth Amended Complaint, except to the extent they are legal conclusion, to which no response is required, and

respectfully refer the Court to the patrol guide section and Mental Hygiene Law Section 9.41 cited therein for their content and context.

133.    Deny the allegations set forth in paragraph "133" of the Fourth Amended Complaint.

134.    Deny the allegations set forth in paragraph "134" of the Fourth Amended Complaint.

135.    Deny the allegations set forth in paragraph "135" of the Fourth Amended Complaint and respectfully refer the Court to the article cited therein for its content and context.

136.    Deny the allegations set forth in paragraph "135" of the Fourth Amended Complaint.

137.    Deny the allegations set forth in paragraph "137" of the Fourth Amended Complaint.

138.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "138" of the Fourth Amended Complaint.

139.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "138" of the Fourth Amended Complaint.

140.    Deny the allegations set forth in paragraph "140" of the Fourth Amended Complaint and respectfully refer the Court to the report cited therein for its content and context.

141.    Deny the allegations set forth in paragraph "141" of the Fourth Amended Complaint.

142.    Deny the allegations set forth in paragraph "142" of the Fourth Amended Complaint.

143.    Deny the allegations set forth in paragraph "143" of the Fourth Amended Complaint and respectfully refer the Court to the Involuntary Removal Policy for its content and context.

144.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "114" of the Fourth Amended Complaint.

145.    Deny the allegations set forth in paragraph "145" of the Fourth Amended Complaint.

146.    Deny the allegations set forth in paragraph "146" of the Fourth Amended Complaint and respectfully refer the Court to the article cited for its content and context.

147.    Deny the allegations set forth in paragraph "147" of the Fourth Amended Complaint and respectfully refer the Court to the articles cited for their content and context.

148.    Deny the allegations set forth in paragraph "148" of the Fourth Amended Complaint and respectfully refer the Court to the article cited for its content and context.

149.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "149" of the Fourth Amended Complaint.

150.    Admit the allegations set forth in paragraph "150" of the Fourth Amended Complaint.

151.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "151" of the Fourth Amended Complaint.

152.    Admit the allegations set forth in paragraph "152" of the Fourth Amended Complaint.

153.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "153" of the Fourth Amended Complaint.

154.    Deny the allegations set forth in paragraph "154" of the Amended Complaint.

155.    Deny the allegations set forth in paragraph "155" of the Amended Complaint.

156.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "156" of the Fourth Amended Complaint.

157.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "157" of the Fourth Amended Complaint.

158.    Deny the allegations set forth in paragraph "158" of the Amended Complaint.

159.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "159" of the Fourth Amended Complaint.

160.    Deny the allegations set forth in paragraph "160" of the Amended Complaint.

161.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "161" of the Fourth Amended Complaint.

162.    Deny the allegations set forth in paragraph "162" of the Amended Complaint, except admit Greene was handcuffed.

163.    Deny the allegations set forth in paragraph "163" of the Amended Complaint, except admit that Greene was secured to a gurney for transport.

164.    Admit the allegations set forth in paragraph "164" of the Amended Complaint.

165.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "165" of the Fourth Amended Complaint.

166.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "166" of the Fourth Amended Complaint.

167.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "167" of the Fourth Amended Complaint.

168.    Admit the allegations set forth in paragraph "168" of the Fourth Amended Complaint.

169.    Deny the allegations set forth in paragraph "169" of the Fourth Amended Complaint.

170.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "170" of the Fourth Amended Complaint.

171.    Deny the allegations set forth in paragraph "171" of the Fourth Amended Complaint.

172.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "172" of the Fourth Amended Complaint.

173.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "173" of the Fourth Amended Complaint.

174.    Deny the allegations set forth in paragraph "174" of the Fourth Amended Complaint.

175.    Deny the allegations set forth in paragraph "175" of the Fourth Amended Complaint.

176.    Deny the allegations set forth in paragraph "176" of the Fourth Amended Complaint.

177.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "177" of the Fourth Amended Complaint.

178.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "178" of the Fourth Amended Complaint.

179.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "179" of the Fourth Amended Complaint.

180.    Deny the allegations set forth in paragraph "180" of the Fourth Amended Complaint.

181.    Deny the allegations set forth in paragraph "181" of the Fourth Amended Complaint.

182.    Admit the allegations set forth in paragraph "182" of the Fourth Amended Complaint.

183.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "183" of the Fourth Amended Complaint.

184.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "184" of the Fourth Amended Complaint.

185.    Deny the allegations set forth in paragraph "185" of the Fourth Amended Complaint, except admit Sanchez-Esquivel was handcuffed.

186.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "186" of the Fourth Amended Complaint.

187.    Deny the allegations set forth in paragraph "187" of the Fourth Amended Complaint.

188.    Deny the allegations set forth in paragraph "188" of the Fourth Amended Complaint.

189.    Deny the allegations set forth in paragraph "189" of the Fourth Amended Complaint.

190.    Deny the allegations set forth in paragraph "190" of the Fourth Amended Complaint.

191.    Deny the allegations set forth in paragraph "191" of the Fourth Amended Complaint.

192.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "192" of the Fourth Amended Complaint.

193.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "193" of the Fourth Amended Complaint.

194.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "194" of the Fourth Amended Complaint.

195.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "195" of the Fourth Amended Complaint.

196.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "196" of the Fourth Amended Complaint.

197.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "197" of the Fourth Amended Complaint, except admit that NYPD officers responded to a 911 call.

198.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "198" of the Fourth Amended Complaint.

199.    Admit the allegations set forth in paragraph "199" of the Fourth Amended Complaint.

200.    Deny the allegations set forth in paragraph "200" of the Fourth Amended Complaint.

201.    Deny the allegations set forth in paragraph "201" of the Fourth Amended Complaint.

202.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "202" of the Fourth Amended Complaint.

203.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "203" of the Fourth Amended Complaint.

204.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "204" of the Fourth Amended Complaint.

205.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "205" of the Fourth Amended Complaint.

206.    Deny the allegations set forth in paragraph "206" of the Fourth Amended Complaint.

207.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "207" of the Fourth Amended Complaint.

208.    Deny the allegations set forth in paragraph "208" of the Fourth Amended Complaint.

209.    Deny the allegations set forth in paragraph "209" of the Fourth Amended Complaint.

210.    Deny the allegations set forth in paragraph "210" of the Fourth Amended Complaint.

211.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "211" of the Fourth Amended Complaint.

212.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "212" of the Fourth Amended Complaint.

213.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "213" of the Fourth Amended Complaint.

214.    Admit the allegations set forth in paragraph "214" of the Fourth Amended Complaint.

215.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "215" of the Fourth Amended Complaint.

216.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "216" of the Fourth Amended Complaint.

217.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "217" of the Fourth Amended Complaint.

218.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "218" of the Fourth Amended Complaint.

219.    Deny the allegations set forth in paragraph "219" of the Fourth Amended Complaint.

220.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "220" of the Fourth Amended Complaint.

221.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "221" of the Fourth Amended Complaint.

222.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "222" of the Fourth Amended Complaint.

223.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "223" of the Fourth Amended Complaint.

224.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "224" of the Fourth Amended Complaint.

225.    Deny the allegations set forth in paragraph "225" of the Fourth Amended Complaint.

226.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "226" of the Fourth Amended Complaint.

227.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "227" of the Fourth Amended Complaint.

228.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "228" of the Fourth Amended Complaint.

229.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "229" of the Fourth Amended Complaint.

230.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "230" of the Fourth Amended Complaint.

231.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "231" of the Fourth Amended Complaint.

232.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "232" of the Fourth Amended Complaint.

233.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "233" of the Fourth Amended Complaint.

234.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "234" of the Fourth Amended Complaint, except admit Collins met with NYPD officers.

235.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "235" of the Fourth Amended Complaint.

236.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "236" of the Fourth Amended Complaint.

237.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "237" of the Fourth Amended Complaint.

238.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "238" of the Fourth Amended Complaint.

239.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "239" of the Fourth Amended Complaint.

240.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "240" of the Fourth Amended Complaint.

241.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "241" of the Fourth Amended Complaint.

242.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "242" of the Fourth Amended Complaint.

243.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "243" of the Fourth Amended Complaint.

244.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "244" of the Fourth Amended Complaint.

245.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "245" of the Fourth Amended Complaint.

246.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "246" of the Fourth Amended Complaint.

247.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "247" of the Fourth Amended Complaint.

248.    Deny the allegations set forth in paragraph "248" of the Fourth Amended Complaint.

249.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "249" of the Fourth Amended Complaint.

250.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "250" of the Fourth Amended Complaint.

251.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "251" of the Fourth Amended Complaint.

252.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "252" of the Fourth Amended Complaint.

253.    Deny the allegations set forth in paragraph "253" of the Fourth Amended Complaint.

254.    Deny the allegations set forth in paragraph "254" of the Fourth Amended Complaint.

255.    Deny the allegations set forth in paragraph "255" of the Fourth Amended Complaint.

256.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "256" of the Fourth Amended Complaint.

257.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "257" of the Fourth Amended Complaint.

258.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "258" of the Fourth Amended Complaint.

259.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "259" of the Fourth Amended Complaint.

260.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "260" of the Fourth Amended Complaint.

261.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "261" of the Fourth Amended Complaint.

262.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "262" of the Fourth Amended Complaint.

263.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "263" of the Fourth Amended Complaint.

264.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "264" of the Fourth Amended Complaint.

265.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "265" of the Fourth Amended Complaint.

266.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "266" of the Fourth Amended Complaint.

267.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "267" of the Fourth Amended Complaint.

268.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "268" of the Fourth Amended Complaint.

269.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "269" of the Fourth Amended Complaint.

270.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "270" of the Fourth Amended Complaint.

271.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "271" of the Fourth Amended Complaint.

272.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "272" of the Fourth Amended Complaint.

273.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "273" of the Fourth Amended Complaint.

274.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "274" of the Fourth Amended Complaint.

275.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "275" of the Fourth Amended Complaint.

276.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "276" of the Fourth Amended Complaint.

277.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "277" of the Fourth Amended Complaint.

278.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "278" of the Fourth Amended Complaint.

279.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "279" of the Fourth Amended Complaint.

280.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "280" of the Fourth Amended Complaint.

281.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "281" of the Fourth Amended Complaint.

282.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "282" of the Fourth Amended Complaint.

283.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "283" of the Fourth Amended Complaint.

284.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "284" of the Fourth Amended Complaint.

285.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "285" of the Fourth Amended Complaint.

286.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "286" of the Fourth Amended Complaint.

287.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "287" of the Fourth Amended Complaint.

288.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "288" of the Fourth Amended Complaint.

289.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "289" of the Fourth Amended Complaint.

290.    Deny the allegations set forth in paragraph "290" of the Fourth Amended Complaint.

291.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "291" of the Fourth Amended Complaint.

292.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "292" of the Fourth Amended Complaint.

293.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "293" of the Fourth Amended Complaint.

294.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "294" of the Fourth Amended Complaint.

295.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "295" of the Fourth Amended Complaint.

296.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "296" of the Fourth Amended Complaint.

297.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "297" of the Fourth Amended Complaint.

298.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "298" of the Fourth Amended Complaint.

299.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "299" of the Fourth Amended Complaint.

300.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "300" of the Fourth Amended Complaint.

301.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "301" of the Fourth Amended Complaint.

302.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "302" of the Fourth Amended Complaint.

303.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "303" of the Fourth Amended Complaint.

304.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "304" of the Fourth Amended Complaint.

305.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "305" of the Fourth Amended Complaint.

306.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "306" of the Fourth Amended Complaint.

307.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "307" of the Fourth Amended Complaint.

308.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "308" of the Fourth Amended Complaint.

309.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "309" of the Fourth Amended Complaint.

310.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "310" of the Fourth Amended Complaint.

311.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "311" of the Fourth Amended Complaint.

312.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "312" of the Fourth Amended Complaint.

313.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "313" of the Fourth Amended Complaint.

314.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "314" of the Fourth Amended Complaint.

315.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "315" of the Fourth Amended Complaint.

316.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "316" of the Fourth Amended Complaint.

317.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "317" of the Fourth Amended Complaint.

318.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "318" of the Fourth Amended Complaint.

319.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "319" of the Fourth Amended Complaint.

320.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "320" of the Fourth Amended Complaint.

321.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "321" of the Fourth Amended Complaint.

322.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "322" of the Fourth Amended Complaint.

323.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "323" of the Fourth Amended Complaint.

324.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "324" of the Fourth Amended Complaint.

325.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "325" of the Fourth Amended Complaint.

326.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "326" of the Fourth Amended Complaint.

327.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "327" of the Fourth Amended Complaint.

328.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "328" of the Fourth Amended Complaint.

329.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "329" of the Fourth Amended Complaint.

330. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "330" of the Fourth Amended Complaint.

331. Deny the allegations set forth in paragraph "331" of the Fourth Amended Complaint.

332. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "332" of the Fourth Amended Complaint.

333. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "333" of the Fourth Amended Complaint.

334. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "334" of the Fourth Amended Complaint.

335. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "335" of the Fourth Amended Complaint.

336. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "336" of the Fourth Amended Complaint.

337. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "337" of the Fourth Amended Complaint.

338. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "338" of the Fourth Amended Complaint.

339. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "339" of the Fourth Amended Complaint.

340. Deny the allegations set forth in paragraph "340" of the Fourth Amended Complaint.

341.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "341" of the Fourth Amended Complaint.

342.    Deny the allegations set forth in paragraph "342" of the Fourth Amended Complaint.

343.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "343" of the Fourth Amended Complaint.

344.    Deny the allegations set forth in paragraph "344" of the Fourth Amended Complaint.

345.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "345" of the Fourth Amended Complaint.

346.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "346" of the Fourth Amended Complaint.

347.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "347" of the Fourth Amended Complaint.

348.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "348" of the Fourth Amended Complaint.

349.    Deny the allegations set forth in paragraph "349" of the Fourth Amended Complaint.

350.    Deny the allegations set forth in paragraph "350" of the Fourth Amended Complaint.

351.    Deny the allegations set forth in paragraph "351" of the Fourth Amended Complaint.

352.    Deny the allegations set forth in paragraph "352" of the Fourth Amended Complaint.

353.    Deny the allegations set forth in paragraph "353" of the Fourth Amended Complaint.

354.    Deny the allegations set forth in paragraph "354" of the Fourth Amended Complaint.

355.    Deny the allegations set forth in paragraph "355" of the Fourth Amended Complaint.

356.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "356" of the Fourth Amended Complaint.

357.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "357" of the Fourth Amended Complaint.

358.    Deny the allegations set forth in paragraph "358" of the Fourth Amended Complaint.

359.    Deny the allegations set forth in paragraph "359" of the Fourth Amended Complaint.

360.    Deny the allegations set forth in paragraph "360" of the Fourth Amended Complaint.

361.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "361" of the Fourth Amended Complaint.

362.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "362" of the Fourth Amended Complaint.

363.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "363" of the Fourth Amended Complaint.

364.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "364" of the Fourth Amended Complaint.

365.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "365" of the Fourth Amended Complaint.

366.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "366" of the Fourth Amended Complaint.

367.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "367" of the Fourth Amended Complaint.

368.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "368" of the Fourth Amended Complaint.

369.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "369" of the Fourth Amended Complaint.

370.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "370" of the Fourth Amended Complaint.

371.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "371" of the Fourth Amended Complaint.

372.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "372" of the Fourth Amended Complaint.

373.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "373" of the Fourth Amended Complaint.

374.    Deny the allegations set forth in paragraph "374" of the Fourth Amended Complaint.

375.    Deny the allegations set forth in paragraph "375" of the Fourth Amended Complaint.

376.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "376" of the Fourth Amended Complaint.

377.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "377" of the Fourth Amended Complaint.

378.    Deny the allegations set forth in paragraph "378" of the Fourth Amended Complaint.

379.    Deny the allegations set forth in paragraph "379" of the Fourth Amended Complaint.

380.    Deny the allegations set forth in paragraph "380" of the Fourth Amended Complaint.

381.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "381" of the Fourth Amended Complaint.

382.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "382" of the Fourth Amended Complaint.

383.    Deny the allegations set forth in paragraph "383" of the Fourth Amended Complaint.

384.    Deny the allegations set forth in paragraph "384" of the Fourth Amended Complaint.

385.    Deny the allegations set forth in paragraph "385" of the Fourth Amended Complaint.

386.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "386" of the Fourth Amended Complaint.

387.    Deny the allegations set forth in paragraph "387" of the Fourth Amended Complaint.

388.    Deny the allegations set forth in paragraph "388" of the Fourth Amended Complaint.

389.    Deny the allegations set forth in paragraph "389" of the Fourth Amended Complaint.

390.    Deny the allegations set forth in paragraph "390" of the Fourth Amended Complaint.

391.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "391" of the Fourth Amended Complaint.

392.    Deny the allegations set forth in paragraph "392" of the Fourth Amended Complaint.

393.    Deny the allegations set forth in paragraph "393" of the Fourth Amended Complaint.

394.    Deny the allegations set forth in paragraph "394" of the Fourth Amended Complaint.

395.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "395" of the Fourth Amended Complaint.

396.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "396" of the Fourth Amended Complaint.

397.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "397" of the Fourth Amended Complaint.

398.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "398" of the Fourth Amended Complaint.

399.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "399" of the Fourth Amended Complaint.

400.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "400" of the Fourth Amended Complaint.

401.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "401" of the Fourth Amended Complaint.

402.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "402" of the Fourth Amended Complaint.

403.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "403" of the Fourth Amended Complaint.

404.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "404" of the Fourth Amended Complaint.

405.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "405" of the Fourth Amended Complaint.

406.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "406" of the Fourth Amended Complaint.

407.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "407" of the Fourth Amended Complaint.

408.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "408" of the Fourth Amended Complaint.

409.    Deny the allegations set forth in paragraph "409" of the Fourth Amended Complaint.

410.    Deny the allegations set forth in paragraph "410" of the Fourth Amended Complaint.

411.    Deny the allegations set forth in paragraph "411" of the Fourth Amended Complaint, except admit plaintiffs purport to proceed as stated therein.

412.    Deny the allegations set forth in paragraph "412" of the Fourth Amended Complaint, except admit plaintiffs purport to proceed as stated therein.

413.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "413" of the Fourth Amended Complaint.

414.    Deny the allegations set forth in paragraph "414" of the Fourth Amended Complaint, except state that lawful detainments can occur pursuant to NY Mental Hygiene Law where no 911 call is placed.

415.    Deny the allegations set forth in paragraph "415" of the Fourth Amended Complaint.

416.    Deny the allegations set forth in paragraph "416" of the Fourth Amended Complaint, including subparts, except admit plaintiffs purport to proceed as stated therein.

417.    Deny the allegations set forth in paragraph "417" of the Fourth Amended Complaint, except admit plaintiffs purport to proceed as stated therein.

418.    Deny the allegations set forth in paragraph "418" of the Fourth Amended Complaint, except admit plaintiffs purport to proceed as stated therein.

419.    Deny the allegations set forth in paragraph "419" of the Fourth Amended Complaint, except admit plaintiffs purport to proceed as stated therein.

420.    Deny the allegations set forth in paragraph "420" of the Fourth Amended Complaint, except admit plaintiffs purport to proceed as stated therein.

421.    Deny the allegations set forth in paragraph "412" of the Fourth Amended Complaint and respectfully refer the Court to the cases cited therein for their content and context.

422.    Deny the allegations set forth in paragraph "422" of the Fourth Amended Complaint and respectfully refer the Court to the cases cited therein for their content and context

423.    Deny the allegations set forth in paragraph "423" of the Fourth Amended Complaint and respectfully refer the Court to the cases cited therein for their content and context

424.    Deny the allegations set forth in paragraph "424" of the Fourth Amended Complaint and respectfully refer the Court to the cases cited therein for their content and context

425.    Deny the allegations set forth in paragraph "424" of the Fourth Amended Complaint, except admit plaintiffs purport to proceed as stated therein.

426.    Deny the allegations set forth in paragraph "426" of the Fourth Amended Complaint, except admit plaintiffs purport to proceed as stated therein.

427.    In response to the allegations set forth in paragraph "427" of the Fourth Amended Complaint, defendants repeat and reallege the responses set forth in the preceding paragraphs of this answer, as if fully set forth herein.

428.    Paragraph "428" of the Fourth Amended Complaint is a legal conclusion, to which no response is required.

429.    Paragraph "429" of the Fourth Amended Complaint is a legal conclusion, to which no response is required.

430.    Paragraph "430" of the Fourth Amended Complaint is a legal conclusion, to which no response is required.

431.    Paragraph "431" of the Fourth Amended Complaint is a legal conclusion, to which no response is required.

432.    Deny the allegations set forth in paragraph "432" of the Fourth Amended Complaint, except to the extent they are legal conclusions, to which no response is required.

433.    Paragraph "433" of the Fourth Amended Complaint is a legal conclusion, to which no response is required.

434.    Paragraph "434" of the Fourth Amended Complaint is a legal conclusion, to which no response is required.

435.    Deny the allegations set forth in paragraph "435" of the Fourth Amended Complaint, except to the extent they are legal conclusions, to which no response is required.

436.    Paragraph "436" of the Fourth Amended Complaint is a legal conclusion, to which no response is required.

437.    Deny the allegations set forth in paragraph "437" of the Fourth Amended Complaint, except to the extent they are legal conclusions, to which no response is required.

438.    Paragraph "438" of the Fourth Amended Complaint is a legal conclusion, to which no response is required.

439.    Paragraph "439" of the Fourth Amended Complaint is a legal conclusion, to which no response is required.

440.    Deny the allegations set forth in paragraph "440" of the Fourth Amended Complaint, except admit that in response to 911 physical health emergencies, EMS is sent to respond.

441.    Deny the allegations set forth in paragraph "441" of the Fourth Amended Complaint.

442.    Deny the allegations set forth in paragraph "442" of the Fourth Amended Complaint, except admit NYPD officers are not generally medical professionals.

443.    Deny the allegations set forth in paragraph "443" of the Fourth Amended Complaint.

444.    Deny the allegations set forth in paragraph "444" of the Fourth Amended Complaint.

445.    Deny the allegations set forth in paragraph "445" of the Fourth Amended Complaint.

446.    Deny the allegations set forth in paragraph "446" of the Fourth Amended Complaint.

447.    Deny the allegations set forth in paragraph "447" of the Fourth Amended Complaint.

448.    Deny the allegations set forth in paragraph "448" of the Fourth Amended Complaint.

449.    Deny the allegations set forth in paragraph "449" of the Fourth Amended Complaint.

450.    Deny the allegations set forth in paragraph "450" of the Fourth Amended Complaint.

451.    Deny the allegations set forth in paragraph "451" of the Fourth Amended Complaint.

452.    Deny the allegations set forth in paragraph "452" of the Fourth Amended Complaint.

453.    In response to the allegations set forth in paragraph "453" of the Fourth Amended Complaint, defendants repeat and reallege the responses set forth in the preceding paragraphs of this answer, as if fully set forth herein.

454.    Paragraph "454" of the Fourth Amended Complaint is a legal conclusion, to which no response is required.

455.    Deny the allegations set forth in paragraph "455" of the Fourth Amended Complaint, except to the extent they are legal conclusions, to which no response is required.

456.    Paragraph "456" of the Fourth Amended Complaint is a legal conclusion, to which no response is required.

457.    Paragraph "457" of the Fourth Amended Complaint is a legal conclusion, to which no response is required.

458.    Paragraph "458" of the Fourth Amended Complaint is a legal conclusion, to which no response is required.

459.    Deny the allegations set forth in paragraph "459" of the Fourth Amended Complaint, except to the extent they are legal conclusions, to which no response is required.

460.    Paragraph "460" of the Fourth Amended Complaint is a legal conclusion, to which no response is required.

461. Deny the allegations set forth in paragraph "461" of the Fourth Amended Complaint, except admit that in response to 911 physical health emergencies, EMS is sent to respond.

462. Deny the allegations set forth in paragraph "462" of the Fourth Amended Complaint.

463. Deny the allegations set forth in paragraph "463" of the Fourth Amended Complaint, except admit NYPD officers are not generally medical professionals.

464. Deny the allegations set forth in paragraph "464" of the Fourth Amended Complaint.

465. Deny the allegations set forth in paragraph "465" of the Fourth Amended Complaint.

466. Deny the allegations set forth in paragraph "466" of the Fourth Amended Complaint.

467. Deny the allegations set forth in paragraph "467" of the Fourth Amended Complaint.

468. Deny the allegations set forth in paragraph "468" of the Fourth Amended Complaint.

469. Deny the allegations set forth in paragraph "469" of the Fourth Amended Complaint.

470. Deny the allegations set forth in paragraph "470" of the Fourth Amended Complaint.

471. Deny the allegations set forth in paragraph "471" of the Fourth Amended Complaint.

472.    Deny the allegations set forth in paragraph "472" of the Fourth Amended Complaint.

473.    Deny the allegations set forth in paragraph "473" of the Fourth Amended Complaint.

474.    In response to the allegations set forth in paragraph "474" of the Fourth Amended Complaint, defendants repeat and reallege the responses set forth in the preceding paragraphs of this answer, as if fully set forth herein.

475.    Deny the allegations set forth in paragraph "475" of the Fourth Amended Complaint.

476.    Deny the allegations set forth in paragraph "476" of the Fourth Amended Complaint.

477.    Deny the allegations set forth in paragraph "477" of the Fourth Amended Complaint.

478.    Deny the allegations set forth in paragraph "478" of the Fourth Amended Complaint.

479.    Deny the allegations set forth in paragraph "479" of the Fourth Amended Complaint.

480.    Deny the allegations set forth in paragraph "480" of the Fourth Amended Complaint.

481.    Deny the allegations set forth in paragraph "481" of the Fourth Amended Complaint.

482.    Deny the allegations set forth in paragraph "482" of the Fourth Amended Complaint.

483.    Deny the allegations set forth in paragraph "483" of the Fourth Amended Complaint.

484.    Deny the allegations set forth in paragraph "484" of the Fourth Amended Complaint.

485.    Deny the allegations set forth in paragraph "485" of the Fourth Amended Complaint.

486.    Deny the allegations set forth in paragraph "486" of the Fourth Amended Complaint.

487.    In response to the allegations set forth in paragraph "487" of the Fourth Amended Complaint, defendants repeat and reallege the responses set forth in the preceding paragraphs of this answer, as if fully set forth herein.

488.    Deny the allegations set forth in paragraph "488" of the Fourth Amended Complaint.

489.    Deny the allegations set forth in paragraph "489" of the Fourth Amended Complaint.

490.    Deny the allegations set forth in paragraph "490" of the Fourth Amended Complaint.

491.    Deny the allegations set forth in paragraph "491" of the Fourth Amended Complaint.

492.    Deny the allegations set forth in paragraph "492" of the Fourth Amended Complaint.

493.    Deny the allegations set forth in paragraph "493" of the Fourth Amended Complaint.

494.    Deny the allegations set forth in paragraph "494" of the Fourth Amended Complaint.

495.    Deny the allegations set forth in paragraph "495" of the Fourth Amended Complaint.

496.    Deny the allegations set forth in paragraph "496" of the Fourth Amended Complaint.

497.    Deny the allegations set forth in paragraph "497" of the Fourth Amended Complaint.

498.    Deny the allegations set forth in paragraph "498" of the Fourth Amended Complaint.

499.    Deny the allegations set forth in paragraph "499" of the Fourth Amended Complaint.

500.    In response to the allegations set forth in paragraph "500" of the Fourth Amended Complaint, defendants repeat and reallege the responses set forth in the preceding paragraphs of this answer, as if fully set forth herein.

501.    Deny the allegations set forth in paragraph "501" of the Fourth Amended Complaint, except to the extent they are legal conclusions, to which no response is required.

502.    Deny the allegations set forth in paragraph "502" of the Fourth Amended Complaint, except to the extent they are legal conclusions, to which no response is required.

503.    Deny the allegations set forth in paragraph "503" of the Fourth Amended Complaint, except to the extent they are legal conclusions, to which no response is required.

504.    Deny the allegations set forth in paragraph "504" of the Fourth Amended Complaint.

505.    Deny the allegations set forth in paragraph "505" of the Fourth Amended Complaint.

506.    Deny the allegations set forth in paragraph "506" of the Fourth Amended Complaint.

507.    Deny the allegations set forth in paragraph "507" of the Fourth Amended Complaint.

508.    Deny the allegations set forth in paragraph "508" of the Fourth Amended Complaint.

509.    Deny the allegations set forth in paragraph "509" of the Fourth Amended Complaint.

510.    Deny the allegations set forth in paragraph "510" of the Fourth Amended Complaint.

511.    In response to the allegations set forth in paragraph "511" of the Fourth Amended Complaint, defendants repeat and reallege the responses set forth in the preceding paragraphs of this answer, as if fully set forth herein.

512.    Paragraph "512" of the Fourth Amended Complaint is a legal conclusion, to which no response is required.

513.    Paragraph "513" of the Fourth Amended Complaint is a legal conclusion, to which no response is required.

514.    Paragraph "514" of the Fourth Amended Complaint is a legal conclusion, to which no response is required.

515.    Deny the allegations set forth in paragraph "515" of the Fourth Amended Complaint, except to the extent they are legal conclusions, to which no response is required.

516.    Paragraph "516" of the Fourth Amended Complaint is a legal conclusion, to which no response is required.

517.    Deny the allegations set forth in paragraph "517" of the Fourth Amended Complaint.

518.    Paragraph "518" of the Fourth Amended Complaint is a legal conclusion, to which no response is required.

519.    Deny the allegations set forth in paragraph "519" of the Fourth Amended Complaint, except admit that in response to 911 physical health emergencies, EMS is sent to respond.

520.    Deny the allegations set forth in paragraph "520" of the Fourth Amended Complaint, except

521.    Deny the allegations set forth in paragraph "521" of the Fourth Amended Complaint, except admit NYPD officers are not generally medical professionals.

522.    Deny the allegations set forth in paragraph "522" of the Fourth Amended Complaint.

523.    Deny the allegations set forth in paragraph "523" of the Fourth Amended Complaint.

524.    Deny the allegations set forth in paragraph "524" of the Fourth Amended Complaint.

525.    Deny the allegations set forth in paragraph "525" of the Fourth Amended Complaint.

526.    Deny the allegations set forth in paragraph "526" of the Fourth Amended Complaint.

527.     Deny the allegations set forth in paragraph "527" of the Fourth Amended Complaint.

528.     Deny the allegations set forth in paragraph "528" of the Fourth Amended Complaint.

529.     Deny the allegations set forth in paragraph "529" of the Fourth Amended Complaint.

530.     Deny the allegations set forth in paragraph "530" of the Fourth Amended Complaint.

531.     Deny the allegations set forth in paragraph "531" of the Fourth Amended Complaint.

532.     Deny the allegations set forth in paragraph "532" of the Fourth Amended Complaint.

533.     Deny the allegations set forth in paragraph "533" of the Fourth Amended Complaint.

534.     Deny the allegations set forth in paragraph "534" of the Fourth Amended Complaint.

## AS AND FOR A FIRST DEFENSE/ AFFIRMATIVE DEFENSE:

535.     The Fourth Amended Complaint fails to state a claim upon which relief can be granted for all the reasons set forth by the Court it its March 28, 2025 decision and because there was probable cause to detain plaintiffs, because plaintiffs were not denied reasonable accommodations, and because excessive force was not used on plaintiffs.

## AS AND FOR A SECOND DEFENSE/ AFFIRMATIVE DEFENSE:

536.    Any injury alleged to have been sustained resulted from plaintiffs' own culpable or negligent conduct or the culpable or negligent conduct of non-parties or third parties and was not the proximate result of any act of defendant.

### AS AND FOR A THIRD DEFENSE/ AFFIRMATIVE DEFENSE:

537.    At all times relevant to the acts alleged in the Complaint, the individually named defendants acted reasonably in the proper and lawful exercise of their discretion.

### AS AND FOR A FOURTH DEFENSE/ AFFIRMATIVE DEFENSE:

538.    There was reasonable suspicion, probable cause, and/or exigent circumstances for any alleged stop or search.

### AS AND FOR A FIFTH DEFENSE/ AFFIRMATIVE DEFENSE:

539.    There was probable cause for plaintiffs' arrests and detentions based on, *inter alia*, plaintiffs' own actions.

### AS AND FOR A SIXTH DEFENSE/ AFFIRMATIVE DEFENSE:

540.    Defendants did not violate any rights, privileges, or immunities under the Constitution or laws of the United States or the State of New York or any political subdivision thereof.

### AS AND FOR A SEVENTH DEFENSE/ AFFIRMATIVE DEFENSE:

541.    Plaintiffs may have failed to comply with New York General Municipal Law §§ 50(e), *et seq*.

### AS AND FOR AN EIGHTH DEFENSE/ AFFIRMATIVE DEFENSE:

542.    The individually named defendants did not violate any clearly established constitutional or statutory right of which a reasonable person would have known, and therefore, are protected by qualified immunity.

**AS AND FOR AN NINTH DEFENSE/ AFFIRMATIVE DEFENSE:**

543.    To the extent that one or more defendants used any force, it was reasonable, justified, and necessary to accomplish defendants' official duties and to protect their own physical safety and the safety of others.

**AS AND FOR AN TENTH DEFENSE/ AFFIRMATIVE DEFENSE:**

544.    Punitive damages are not recoverable against the City of New York.

**AS AND FOR AN ELEVENTH AFFIRMATIVE DEFENSE:**

545.    The proposed claims of the proposed putative class may be barred in part by the applicable statute of limitations.

**WHEREFORE,** defendants request judgment dismissing the Complaint in its entirety, together with the costs and disbursements of this action, and such other and further relief as the Court may deem just and proper.

Dated: September 3, 2025
      New York, New York

                                 MURIEL GOODE-TRUFANT
                                 Corporation Counsel of the City of New York
                                 *Attorney for Defendants*
                                 100 Church Street, Room 3-222
                                 New York, NY 10007
                                 T: (212) 356-3539
                                 E: jschemit@law.nyc.gov

                         By:      /s/ *John Schemitsch*
                                   John Schemitsch
                                 *Senior Counsel*

TO:   **VIA ECF**
       *All Counsel of Record*