

MURIEL GOODE-TRUFANT
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

RACHEL SELIGMAN WEISS
Tel: (212) 356-2422
rseligma@law.nyc.gov

January 27, 2026

**VIA ECF**
Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: *Steven Greene, et al. v. City of New York, et al.*, 21 Civ. 5762 (LAP)

Your Honor:

  This office represents the defendants in the above-referenced matter. On behalf of the parties, it is respectfully requested that discovery be stayed for 60 days so that the parties can explore a possible resolution of this case.[1] Thereafter, if settlement cannot be reached, the parties request permission to submit a revised scheduling order for the completion of discovery.

  On January 14, 2026, plaintiffs provided a settlement proposal along with a report from a purported policing expert. Defendants are assessing the settlement demand and would like to avoid additional costly discovery while exploring resolution of this case.

  In the event that a settlement cannot be reached, the parties will require additional time to complete the remaining discovery. Specifically, defendants will respond to plaintiffs' pre-motion conference letter to compel and produce data sample, which includes electronic searches of various NYPD databases, *e.g.*, "Aided" and "TRI" reports/databases, which plaintiffs appear to seek for purposes of their class claims. This is a significant undertaking and one which has required extensive discussion and coordination with various units at the NYPD to determine their systems' capabilities. The parties participated in extensive discussions on this issue and are nearing agreement on the scope of the searches. In addition, the parties will also need to complete depositions of the class representative, the individually named defendants, and other non-party witnesses.

---

[1] Pursuant to the existing scheduling order, fact discovery is set to close on January 30, 2026. *See* ECF¶ 292.

Accordingly, and for the reasons set forth herein, it is respectfully requested that discovery be stayed for 60 days so that the parties can explore a possible resolution of this case. Thereafter, if settlement cannot be reached, the parties request permission to submit a revised scheduling order for the completion of discovery.

Defendants thank the Court for its consideration of this matter.

SO ORDERED

_Loretta A. Preska_
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

1/28/26

cc:    All Counsel (via ECF)

Respectfully submitted,

_Rachel Seligman Weiss /s_
Rachel Seligman Weiss

2