BELDOCK LEVINE & HOFFMAN LLP

99 PARK AVENUE, PH/26TH FLOOR

NEW YORK, N.Y. 10016

JONATHAN C. MOORE
DAVID B. RANKIN
LUNA DROUBI
MARC A. CANNAN
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

COUNSEL
PETER S. MATORIN
CYNTHIA ROLLINGS
KAREN L. DIPPOLD
JODY YETZER
MARJORY D. FIELDS
EMILY JANE GOODMAN
   (JUSTICE, NYS SUPREME COURT, RET.)
FRANK HANDELMAN
SAM KOOLAQ
ASHA SMITH
MATTHEW MELEWSKI

REF:

WRITER'S DIRECT CONTACT:
(212) 277-5875
ldroubi@blhny.com

February 6, 2026

**<u>VIA ECF</u>**

The Honorable Loretta A. Preska
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *Baerga et al. v. City of New York et al.*, **No. 21-cv-5762-LAP (S.D.N.Y.)**

Dear Judge Preska:

We represent the plaintiffs in the above-captioned matter. We write on behalf of the parties to request issuance of a Mediation Referral Order to Rebecca Price in the SDNY's Mediation Program. Separately, we also request an extension of time for Plaintiff Sarah Arvio to review and make any corrections to the transcript of her deposition testimony pursuant to Rule 30(e) of the Federal Rules of Civil Procedure for 30 days following the conclusion of the stay of discovery approved by Your Honor on January 28th [ECF 307]. Defendants consent to this request.

Thank you for your consideration.

Respectfully submitted,
BELDOCK LEVINE & HOFFMAN LLP

Luna Droubi
*Attorneys for Plaintiffs*

cc:     All Counsel