UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUSTIN E. BAERGA, et. al,

              Plaintiffs,

-against-

CITY OF NEW YORK, et. al.,

              Defendants.

No. 21-CV-5762 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

IT IS HEREBY ORDERED that this case is referred for mediation to the Court-annexed Mediation Program. Per the parties' request, (Dkt. 308), the Court requests that the mediation be assigned to Rebecca Price. The parties are notified that Local Civil Rule 83.9 shall govern the mediation, and they are directed to participate in mediation in good faith.

IT IS FURTHER ORDERED that, on consent of the Defendants, Plaintiff Sarah Arvio's deadline to correct her deposition transcript is extended for thirty days following the conclusion of the stay of discovery.

**SO ORDERED.**

Dated:     February 12, 2026
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1