

**STEVEN BANKS**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**CAROLYN K. DEPOIAN**
Tel: (212) 356-2325
cdepoian@law.nyc.gov

May 28, 2026

**VIA ECF**
Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: *Steven Greene, et al. v. City of New York, et al.*, 21 Civ. 5762 (LAP)

Your Honor:

  This Office represents the defendants in the above-referenced matter. On behalf of the parties, it is respectfully requested that discovery be stayed for an additional sixty (60) days so that the parties can continue to explore a possible resolution of this case. Plaintiffs join in this request.

  On March 26, 2026, Your Honor granted the parties request for a sixty-day extension of the stay of discovery, until May 28, 2026. *See* ECF No. 312. In that request, the parties noted that although they had met with Rebecca Price in the SDNY's Mediation Program, additional time was needed to determine if settlement could be reached. *See id.* Since then, the parties have continued settlement discussions and have a joint meeting scheduled with stakeholders at City Hall, including the newly appointed Deputy Mayor for Community Safety, on June 2, 2026, which the parties anticipate will significantly move settlement discussions forward.

  Accordingly, and for the reasons set forth herein, it is respectfully requested that discovery be stayed for an additional sixty (60) days so that the parties can continue to explore a possible resolution of this case. Defendants thank the Court for its consideration of this matter.

SO ORDERED.

_____
Loretta A. Preska
Senior United States District Judge

May 29, 2026