UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------------x

STEVEN GREENE ET. AL,

                                                    Plaintiffs,

            - against -

CITY OF NEW YORK ET. AL,                                    **NOTICE OF
                                                           WITHDRAWAL**

                                            Defendants.

                                                           21-CV-5762 (LAP)

---------------------------------------------------------------------------------x

      **PLEASE TAKE NOTICE** that Carolyn K. Depoian, a Senior Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York ("Office of the Corporation Counsel"), respectfully withdraws her appearance on behalf of defendant City of New York.  July 24, 2026 will be the undersigned's last day of employment with the Office of the Corporation Counsel.  As such, the undersigned respectfully requests to be removed from the Electronic Case Filing notification list for this matter.

**PLEASE TAKE FURTHER NOTICE** that Rachel Seligman, an attorney in the Office of the Corporation Counsel, will continue to serve as counsel for defendants in this matter.

Dated: New York, New York
July 24, 2026

STEVEN BANKS
Corporation Counsel of the City of New York
*Attorney for Defendants*
100 Church Street, Room 3-203B
New York, New York 10007
(212) 356-23851 | cdepoian@law.nyc.gov

By:   /s *Carolyn K. Depoian*
Carolyn K. Depoian
*Senior Counsel*
Special Federal Litigation Division

cc:   All Counsel of Record (via ECF)

2