BELDOCK LEVINE & HOFFMAN LLP
99 PARK AVENUE, PH/26TH FLOOR
NEW YORK, N.Y. 10016

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

JONATHAN C. MOORE
DAVID B. RANKIN
LUNA DROUBI
MARC A. CANNAN
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

COUNSEL
PETER S. MATORIN
CYNTHIA ROLLINGS
KAREN L. DIPPOLD
JODY YETZER
MARJORY D. FIELDS
EMILY JANE GOODMAN
(JUSTICE, NYS SUPREME COURT, RET.)
FRANK HANDELMAN
SAM KOOLAQ
ASHA SMITH
MATTHEW MELEWSKI

July 24, 2026

REF:

WRITER'S DIRECT CONTACT:
(212) 277-5875
ldroubi@blhny.com

**VIA ECF**
The Honorable Loretta A. Preska
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

**SO ORDERED.**

Loretta A. Preska
Senior United States District Judge

July 24, 2026

**Re: *Baerga et al. v. City of New York et al.*, No. 21-cv-5762-LAP (S.D.N.Y.)**

Dear Judge Preska:

We represent the plaintiffs in the above-captioned matter. We write on behalf of the parties to request an additional 60-day extension of the stay of discovery approved by Your Honor on May 29th [ECF 315]. The parties have held two pre-mediation calls with Rebecca Price, a virtual meeting with stakeholders from the City, and now we are in the process of scheduling our first official mediation session with stakeholders from the City in mid-August, which we hope will determine if settlement can be reached. Defendants consent to this request.

Thank you for your consideration.

Respectfully submitted,
BELDOCK LEVINE & HOFFMAN LLP

Luna Droubi
*Attorneys for Plaintiffs*

cc: All Counsel