**STEVEN BANKS**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**RACHEL SELIGMAN WEISS**
Tel.: (212) 356-2422
Fax: (212) 356-3509
rseligma@law.nyc.gov

September 18, 2026

**BY ECF**
Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Steven Greene, et al. v. City of New York, et al.*, 21 Civ. 5762 (LAP)

Your Honor:

This Office represents the defendants in the above-referenced matter. On behalf of the parties, it is respectfully requested that discovery be stayed for an additional sixty (60) days so that the parties can continue to explore a possible resolution of this case. Plaintiffs join in this request.

On July 24, 2026, Your Honor granted the parties request for a sixty-day extension of the stay of discovery, until September 22, 2026. *See* ECF No. 318. In that request, the parties noted that they held two pre-mediation calls with Rebecca Price, a virtual meeting with stakeholders from the City, and were in the process of scheduling the first official mediation session. *See id.* Since then, the parties had their first in-person mediation session with Rebecca Price on August 12, 2026, and are in the process of scheduling a follow-up session. Plaintiffs have also provided a settlement term sheet to which defendant and the relevant stakeholder are in the process of responding.

Accordingly, and for the reasons set forth herein, it is respectfully requested that discovery be stayed for an additional sixty (60) days, until November 23, 2026, so that the parties can continue to explore a possible resolution of this case. Defendants thank the Court for its consideration of this matter.

SO ORDERED.

Loretta A. Preska

Loretta A. Preska
Senior United States District Judge

September 18, 2026

cc: All Counsel (via ECF)