BELDOCK LEVINE & HOFFMAN LLP
99 PARK AVENUE, PH/26TH FLOOR
NEW YORK, N.Y. 10016

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

JONATHAN C. MOORE
DAVID B. RANKIN
LUNA DROUBI
MARC A. CANNAN
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

COUNSEL
PETER S. MATORIN
CYNTHIA ROLLINGS
KAREN L. DIPPOLD
JODY YETZER
MARJORY D. FIELDS
EMILY JANE GOODMAN
(JUSTICE, NYS SUPREME COURT, RET.)
FRANK HANDELMAN
SAM KOOLAQ
ASHA SMITH
MATTHEW MELEWSKI

REF:

WRITER'S DIRECT CONTACT:
(212) 277-5875
ldroubi@blhny.com

November 19, 2026

**<u>VIA ECF</u>**
The Honorable Loretta A. Preska
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

**Re: *Baerga et al. v. City of New York et al.*, No. 21-cv-5762-LAP (S.D.N.Y.)**

Dear Judge Preska:

We represent the plaintiffs in the above-captioned matter. We write on behalf of the parties to request a 90-day extension of the stay of discovery initially approved by Your Honor on May 29th [ECF 315] and most recently extended on September 18th [ECF 322]. The parties have held two pre-mediation calls with Rebecca Price, a virtual meeting with stakeholders from the City, and two in-person mediation sessions with stakeholders from the City. Our third in-person session is scheduled for December 3, 2026. Plaintiffs and Defendants are exchanging settlement terms/proposals and responses.

Accordingly, and for the reasons set forth herein, it is respectfully requested that discovery be stayed an additional ninety (90) days, until February 19, 2026, so that the parties can continue to explore a possible resolution to this case. We thank the Court for its consideration of this request.

Respectfully submitted,

BELDOCK LEVINE & HOFFMAN LLP

____________________________________
Luna Droubi
*Attorneys for Plaintiffs*

cc: All Counsel

**SO ORDERED.** The Clerk of the Court shall close docket entry number 324.

___________________________________
Loretta A. Preska
Senior United States District Judge

November 19, 2026